(ORIGINAL)

FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

2016 JAN 14  AM 8:40

CLERK US DIST[...] COURT
[...] FLORIDA
JACKSONVILLE FLORIDA

_JACKSONVILLE_ Division

## CIVIL RIGHTS COMPLAINT FORM

GERRARD D. JONES #503034      CASE NUMBER: 3:16-CV-35-J-34JRK

(To be supplied by Clerk's Office)

_____

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

TORREY M. JOHNSON; ANTONIO M. HUDSON; C.L. HODGESON; JEFFREY T. BEASLEY;
NURSE DAVIS; NURSE BLAIR; NURSE BOUTWELL; TECH CARE X-RAY; EMANUEL LAWSON;
MR. PARKER; DIANE HARTSFIELD; CORIZON HEALTHCARE; DR. CHERRY; DR. RICHARDSON;
NURSE SZALAI; J. STRAW; CAPT. HARRIS; SGT. M.G. HAGAN; KATHLEEN C. HAGAN; OFC. WEEKLEY;

(Enter full name of each Defendant.
If additional space is required, use the _SGT. BEAVER; OFC. P. MURPHY; MS. HATFIELD; MS. YOUNG; MS. MACK;_
blank area directly to the right.) _INSP. RADFORD; OFC. MELANSON; 7 "JOHN DOE" (WHITE) OFFICERS;_
_1-"JOHN DOE" (BLACK) OFFICER; NURSE DOUGLAS; 1-"JOHN DOE" (FILIPINO) NURSE; 1-_
_"JANE DOE" (W/F) NURSE; OFC. RICHARDSON; "UNKNOWN JOHN DOE" OFFICERS; CAPTAIN SCHWARTZ;_

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.    PLACE OF PRESENT CONFINEMENT: _NORTH FLORIDA RECEPTION AND_
(Indicate the name and location)
_MEDICAL CENTER; P.O. BOX 628; LAKE BUTLER, FLORIDA 32054_

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.**
_PLAINTIFF HAS EXHAUSTED EVERY CLAIM AT EVERY
ADMINISTRATIVE LEVEL AND HAS VOLUMINOUS "ADMIN" PROOF.
PLEASE TELL ME WHEN TO SEND IT TO THE COURT. IT'S A LOT._

III.  PREVIOUS LAWSUITS:

_NONE._

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   ) No (X)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   )   No (X)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2.   Court (if federal court, name the district; if state court, name the county):

      _____

   3.   Docket Number: _____

   4.   Name of judge: _____

   5.   Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7.   Approximate filing date: _____

   8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

NO / NONE.

identify these suits below by providing the case number, the style, and the disposition of each case: _____

IV.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: GERRARD D'ANORE JONES #503034

Mailing address: NORTH FLORIDA RECEPTION AND MEDICAL CENTER
P.O. BOX 628; LAKE BUTLER, FLORIDA 32054

B.   Additional Plaintiffs: _____ (NONE)

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: TORREY M. JOHNSON  (BLACK MALE)

Mailing Address: JEFFERSON CORRECTIONAL INSTITUTION ("JCI")
1050 BIG JOE ROAD
MONTICELLO, FLORIDA 32344

Position: (COLONEL)

Employed at: "JCI"

D.   Defendant: ANTONIO M. HUDSON  (BLACK MALE)

Mailing Address: JEFFERSON CORRECTIONAL INSTITUTION ("JCI")
1050 BIG JOE ROAD
MONTICELLO, FLORIDA 32344

Position: _ASSISTANT WARDEN_

Employed at: _"JCI"_

E.     Defendant: _C.L. HODGSON (WHITE MALE)_

Mailing Address: _JEFFERSON CORRECTIONAL INSTITUTION "JCI",_
_1050 BIG JOE ROAD_
_MONTICELLO, FLORIDA 32344_

Position: _WARDEN._

Employed at: _"JCI"._

F.     Defendant: _JEFFREY T. BEASLEY (DEPT. OF CORRECTIONS)(WHITE MALE)_

Mailing Address: _501 S. CALHOUN STREET_

_TALLAHASSEE, FL. 32399-2500_

Position: _CHIEF INSPECTOR GENERAL_

Employed at: _D.O.C. HEADQUARTERS (TALLAHASSEE)_

G.     Defendant: _NURSE DAVIS (BLACK FEMALE)_

Mailing Address: _JEFFERSON CORRECTIONAL INSTITUTION_
_1050 BIG JOE ROAD_
_MONTICELLO, FLORIDA 32344._

Position: _NURSE_

Employed at: _"JCI"_

DC 225 (Rev 2/2012)            4

H. DEFENDANT: NURSE BLAIR (BLACK FEMALE)
MAILING ADDRESS: "JCI"; 1050 BIG JOE RD; MONTICELLO, FL. 32344
POSITION: NURSE.
EMPLOYED AT: "JCI".

I. DEFENDANT: NURSE BOUTWELL (WHITE FEMALE)
MAILING ADDRESS: "JCI"; 1050 BIG JOE RD; MONTICELLO, FL. 32344
POSITION: NURSE.
EMPLOYED AT: "JCI".

J. DEFENDANT: TECH CARE X-RAY INC. (PRIVATE COMPANY/CONTRACT VENDOR)
MAILING ADDRESS: 106 W. 5TH AVE; TALL., FL. 32303.
POSITION: SERVICES PROVIDER OF MOBILE X-RAY EQUIPMENT/PERSONNEL.
EMPLOYED AT: "JCI".

K. DEFENDANT: EMANUEL LAWSON (BLACK MALE)
MAILING ADDRESS: TECH CARE X-RAY; 106 W. 5TH AVENUE; TALL., FL. 32363.
POSITION: X-RAY MACHINE OPERATOR
EMPLOYED AT: TECH CARE X-RAY INC.,.

L. DEFENDANT: MR. PARKER (WHITE MALE),
MAILING ADDRESS: "JCI"; 1050 BIG JOE ROAD; MONTICELLO, FL. 32344.
POSITION: MAIL ROOM CLERK / MAIL HANDLER FOR "ROUTINE AND LEGAL" MAIL.
EMPLOYED AT: "JCI".

M: DEFENDANT: DIANE HARTSFIELD (WHITE FEMALE).
MAILING ADDRESS: "JCI"; 1050 BIG JOE ROAD; MONTICELLO, FL. 32344.
POSITION: EXECUTIVE DIRECTOR / SUPERVISOR OF ALL "JCI" MEDICAL STAFF.
EMPLOYED AT: "JCI".

N. DEFENDANT: "CORIZON HEALTHCARE INC." (CORPORATION).
MAILING ADDRESS: ?
POSITION: CONTRACT VENDOR OF ALL PRISON MEDICAL STAFF/SERVICES/VENDORS.
EMPLOYED AT: ?

4-A). (* I DON'T KNOW "CORIZON'S" CORPORATE ADDRESS).

O. DEFENDANT: DR. CHERRY   (WHITE MALE).
   MAILING ADDRESS: 501 S. CALHOUN STREET; TALLAHASSEE, FL. 32399-2500
   POSITION: SENIOR DOCTOR / SUPERVISOR OF MEDICAL CARE OVER PRISONS;
   EMPLOYED AT: TALLAHASSEE D.O.C. OFFICE.

P. DEFENDANT: DR. RICHARDSON   (BLACK MALE).
   MAILING ADDRESS "JCI"; 1050 BIG JOE ROAD; MONTICELLO, FL. 32344
   POSITION: DOCTOR AT "JCI".
   EMPLOYED AT: "JCI".

Q. DEFENDANT: NURSE SZALAI   (WHITE FEMALE).
   MAILING ADDRESS: SANTA ROSA C.I.; ("SARCI") 5850 MILTON ROAD; MILTON, FL. 32583
   POSITION: ARNP (ADVANCED REGISTERED NURSE PRACTITIONER)
   EMPLOYED AT: "SARCI".

R. DEFENDANT: CAPTAIN HARRIS   (WHITE FEMALE).
   MAILING ADDRESS: SANTA ROSA C.I.; ("SARCI") 5850 MILTON ROAD; MILTON, FL. 32583
   POSITION: SECURITY CAPTAIN
   EMPLOYED AT: "SARCI".

S. DEFENDANT: SGT. M.G. HAGAN   (WHITE MALE).
   MAILING ADDRESS: SANTA ROSA C.I.; ("SARCI") 5850 MILTON ROAD; MILTON, FL. 32583
   POSITION: SERGEANT
   EMPLOYED AT: "SARCI".

T. DEFENDANT: *KATHLEEN CAROL HAGAN   (WHITE FEMALE).
   MAILING ADDRESS: UNKNOWN
   POSITION: ATTORNEY (SHE WAS RELEASED FROM EMPLOYMENT ON 10-1-2015)*
   EMPLOYED AT: UNKNOWN.

U. DEFENDANT: OFFICER WEEKLEY   (WHITE MALE).
   MAILING ADDRESS: SANTA ROSA C.I.; ("SARCI") 5850 MILTON RD; MILTON, FL. 32583,
   POSITION: CONFINEMENT OFFICER
   EMPLOYED AT: "SARCI".

4-B).

V. DEFENDANT: SGT. BEAVERS   (WHITE MALE),
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: SERGEANT
EMPLOYED AT: "SARCI".

W. DEFENDANT: PHILIP MURPHY   (WHITE MALE),
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: OFFICER.
EMPLOYED AT: "SARCI".

X. DEFENDANT: MS. HATFIELD   (WHITE FEMALE),
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: THERAPIST/COUNSELOR
EMPLOYED AT: "SARCI".

Y. DEFENDANT: MS. YOUNG   (BLACK FEMALE)
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: THERAPIST/COUNSELOR.
EMPLOYED AT: "SARCI".

Z. DEFENDANT: KARA LYNN MACK   (WHITE FEMALE).
MAILING ADDRESS: SANTA ROSA C.I.; ("SARCI") 5850 MILTON RD., MILTON, FL. 32583.
POSITION: OFFICER
EMPLOYED AT: SARCI

AA. DEFENDANT: MARK RADFORD   (WHITE MALE),
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD.; MILTON, FL. 32583.
POSITION: PRISON INSPECTOR
EMPLOYED AT: "SARCI".

BB. DEFENDANT: OFFICER MELANSON   (WHITE FEMALE),
MAILING ADDRESS: SANTA ROSA C.I.; ("SARCI") 5850 MILTON ROAD; MILTON, FL. 32583.
POSITION: OFFICER
EMPLOYED AT: "SARCI".

4-C).

CC. DEFENDANT: 7 "JOHN DOE" (WHITE MALE) OFFICERS.
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD.; MILTON, FL. 32583.
POSITION: OFFICERS.
EMPLOYED AT: "SARCI".

DD. DEFENDANT: 1 - "JOHN DOE" (BLACK MALE) OFFICER.
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: OFFICER.
EMPLOYED AT: "SARCI".

EE. DEFENDANT: NURSE DOUGLAS (BLACK FEMALE).
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: NURSE.
EMPLOYED AT: "SARCI".

FF. DEFENDANT: 1 - "JOHN DOE" (ASIAN/ FILIPINO/ MALE NURSE).
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: NURSE.
EMPLOYED AT: "SARCI."

GG. DEFENDANT: 1 - "JANE DOE" (WHITE/ FEMALE) NURSE.
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: NURSE.
EMPLOYED AT: "SARCI".

HH. DEFENDANT: OFC. RICHARDSON (WHITE MALE).
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583.
POSITION: OFFICER.
EMPLOYED AT: "SARCI".

II. DEFENDANT: "5 OR SIX UNKNOWN JOHN DOE" (OFFICERS?)
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON RD; MILTON, FL. 32583
POSITION: (OFFICERS?)
EMPLOYED AT: ("SARCI"?)

4-D).

JJ. DEFENDANT: CAPTAIN SCHWARTZ (WHITE MALE).
MAILING ADDRESS: SANTA ROSA C.I. ("SARCI") 5850 MILTON ROAD; MILTON, FL 32583.
POSITION: CAPTAIN / SECURITY.
EMPLOYED AT: "SARCI".

4-E),

V.    <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

THIS LAWSUIT IS FOR VIOLATION OF MY 4th, 6th, 8th, AND 14th AMENDMENT U.S. CONSTITUTIONAL RIGHTS. ALSO, MY "ADA" (AMERICANS WITH DISABILITIES ACT OF 1990") RIGHTS; MY "PREA" (PRISON RAPE ELIMINATION ACT") RIGHTS/VIOLATIONS; "HIPAA" (HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT) GOVERNING PRIVACY OF MY MEDICAL HISTORY/FILES.

VI.   <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>**Do not make any legal arguments or cite any cases or statutes.**</u> State with as much specificity as possible the facts in the following manner:

1.    Name and position of person(s) involved.
2.    Date(s).
3.    Place(s).
4.    Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.    Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I WILL SPEAK IN "FIRST PERSON" OF MYSELF AND I WILL RECITE THE FACTS/OCCURENCES IN THE ORDER IN WHICH THE SPECIFIC INCIDENTS HAPPENED. THE ACTS OCCURRED AT JEFFERSON CORRECTIONAL INSTITUTION, "JCI" AND, SANTA ROSA C.I. "SARCI"

I WILL BE AS BRIEF AS I CAN, WHILE ENSURING THE FACTS ARE SUFFICIENTLY PLED, THE FOLLOWING IS A START TO FINISH ACCOUNT, BEGINNING IN 2013.

IN JANUARY AND FEBRUARY 2013, WHILE AT JCI, I WAS FORCED BY GUARDS TO WORK, TEARING UP OLD FLOOR TILES IN E-DORM. I FEARED THAT THE TILES AND GLUE CONTAINED ASBESTOS. I COMPLAINED TO PRISON GUARDS AND THE CIVILIAN MAINTENANCE MAN OF THE SAFETY HAZARDS, TO NO AVAIL. I WAS TOLD TO CONTINUE TEARING UP TILES, AND, LATER, "BUFFING" WITH A GRINDER-PAD TO GET THE GLUE UP. I BECAME SICK, AS DID SEVERAL OTHER PRISONERS. I VOMITED MY PSYCHOTROPIC MEDICATIONS. I WROTE TO THE GOVERNOR, FDLE, FBI, AND FILED A COURT CASE (JEFFERSON COUNTY, FLA # 2013-CA-0033) ABOUT THE ASBESTOS. I WROTE THE INSPECTOR GENERAL, AND I ALSO WROTE TO THE PRISON SAFETY OFFICER, (MS. ALEXANDER), AND, I "GRIEVED" THIS ASBESTOS MATTER TO THE WARDEN, AND EXPLAINED MY MENTAL HEALTH. SUBSEQUENTLY, COLONEL TORREY M. JOHNSON ("JOHNSON") AND LIEUTENANT CATO ("CATO") HAD ME BROUGHT TO THEIR OFFICE AND THEY THREATENED ME WITH BOGUS DISCIPLINARY REPORTS ("DR"/"DR'S") AND PLACEMENT IN CONFINEMENT IF I DIDN'T WITHDRAW MY ADMINISTRATIVE GRIEVANCES AND MY COURT CASE. SO, THEY (JOHNSON/CATO) TOLD ME WHAT TO WRITE AND I DID AS THEY SAID, AND DISMISSED ALL WRITE-UPS/COURT CASES.

AFTER THIS, JOHNSON BEGAN TO "TARGET"/"HARRASS" ME, BY SINGLING ME OUT FOR OVER A DOZEN "RANDOM" SEARCHES. HE WOULD STOP ME ON THE PRISON YARD AND ACCUSE ME OF GANG MEMBERSHIP AND OF BEING A "JAILHOUSE LAWYER", STIRRING UP TROUBLE. HE SAID THAT HE KNEW THAT I WAS HELPING PEOPLE WITH WRITING GRIEVANCES AND THAT "HE KNOWS MY HANDWRITING" AND THAT IF I ADVOCATE FOR PRISONERS AGAINST HIS STAFF, HE WOULD HAVE HIS STAFF TO WRITE ME A GAZILLION BOGUS "DR's."

5-A).

THERE WAS A LOT OF CORRUPT GUARDS AND CIVILIAN FOODSERVICE AND MAINTENANCE WORKERS AT JCI, WHO WERE BRINGING DRUGS, COCAINE, PILLS, MARIJUANA, LIQUOR, PHONES, MP-3's/RADIOS, ELECTRONICS, MONEY, CONDOMS, MAKE-UP, LINGERIE INTO THE PRISON, TO SELL (AND GIVE) TO PRISONERS. SEVERAL PRISONERS WERE HURT PHYSICALLY BY STAFF AND OTHER INMATES IN BATTLES OVER THIS STUFF. I WROTE THIS UP FOR SEVERAL PRISONERS, TO THE FDLE AND FBI, AND TO THE TALLAHASSEE INSPECTOR GENERAL. IN APRIL 2013, I WAS APPROACHED BY A TEARFUL PRISONER (DAVID McCRAE #G04738) WHO WAS A CONFINEMENT ORDERLY IN THE "H-DORM" LOCKDOWN. McCRAE RELAYED TO ME THAT HE HAD WITNESSED SGT. MATTAIR KILL INMATE MARVIN MORRIS, ON 4-13-2013. BRIEFLY McCRAE WAS IN H-DORM WORKING, AND AT 4:30P.M., HE CAME AROUND A CORNER, HEARD MATTAIR YELLING AT MORRIS, WHO TOLD MATTAIR "I DIDNT DO ANYTHING". MORRIS TRIED TO WALK AWAY. MATTAIR STATED TO MORRIS "I'M SICK OF YOUR SHIT" AND THEY ARGUED.
MORRIS WENT TO WALK AWAY, AND MATTAIR TOOK OFFENSE, STATING "DON'T YOU FUCKIN' WALK OFF FROM ME". MATTAIR THEN GRABBED MORRIS, AS IF TO PLACE MORRIS IN HANDCUFFS. THE MOMENTUM FROM THE "PULL" CAUSED MORRIS TO FALL DOWN. MATTAIR GOT ON TOP OF MORRIS, AS MORRIS TRIED TO GET ON HIS FEET. MATTAIR HIT MORRIS, AND SHOOK HIM VIOLENTLY SEVERAL TIMES.
MORRIS THEN WENT INTO A "SEIZURE", SHAKING NOW INVOLUNTARILY. MATTAIR SAW A PEANUT BUTTER SANDWICH FALL FROM MORRIS' POCKET.
MATTAIR PICKED UP THE SANDWICH, BROKE A CHUNK OF IT OFF, WADDED IT UP, AND STUFFED IT DOWN MORRIS' THROAT. MATTAIR THEN UNLOCKED THE CONFINEMENT DOOR, THEN GOT ON HIS RADIO, AND CALLED TO SAY HE HAD AN UNRESPONSIVE INMATE AND HE (MATTAIR) NEEDED ASSISTANCE.

5-B),

SGT. PITTS, SGT. GRAHAM, SGT. CHUNN ARRIVED WITH CAPTAIN COLLINS, AND SGT CHUNN HAD A VIDEO CAMERA. MEDICAL STAFF HAD NOT ARRIVED. THEY SAW THAT MORRIS WAS DEAD. IT WAS OBVIOUS.

THEY ALL WENT INTO THE OFFICERS STATION AND WERE TRYING TO COME UP WITH A "TIMELINE", AND TO GET TOGETHER ON WHAT THEY WERE GONNA SAY HAPPENED. THEY DISCUSSED "APRIL" AS BEING A BAD LUCK MONTH, REFERRING TO THE YEAR BEFORE WHEN AN INMATE WAS HANGED IN H-DORM ON APRIL 25th THE PREVIOUS YEAR. THEY DISCUSSED ALL THIS AND NOW THEY DECIDED ON SAYING THAT "5:45 PM" WAS WHEN IT HAPPENED AND THEY EXITED THE OFFICER'S STATION. THEY SAW McCRAE, AND REALIZED HE HAD BEEN SITTING ON A LEDGE BY THE OFFICER'S STATION AND KNEW THAT THERE IS AN OPEN FLAP, WHICH ALLOWED McCRAE TO HEAR THEM. THEY ASKED McCRAE "WHAT DID HE SEE/HEAR ABOUT THE WHOLE INCIDENT?." McCRAE SAID "NOTHING, I KNOW NOTHING". I HAD McCRAE TO FILE A SWORN AFFIDAVIT AND TO WRITE THE SAME THING ON YELLOW "LEGAL PAPER", WHICH HE DID ON 4-23-13. I COPIED IT AND SENT IT OUT IN THE MAIL. I SENT IT TO THE FBI AND FDLE. WE NEVER HEARD NOTHING BACK. HOWEVER, MONTHS LATER, JOHNSON WAS WALKING ON THE PRISON YARD WITH (ASSISTANT WARDEN) ANTONIO HUDSON, AND SAW ME. THEY SEARCHED ME AND JOHNSON SAID "LAWYERBOY"*, THINKS WE KILLED MARVIN MORRIS. HE WROTE TO THE FBI/FDLE ABOUT IT. BUT, GUESS WHAT— LAWYERBOY'S MAIL NEVER LEFT OUT".

THEY THEN LAUGHED AND WALKED AWAY AND KEPT LAUGHING, AND SAID "LAWYERBOY, GO TAKE YOUR "CRAZY PILLS", YOU RETARD!" ("MOCKING" MY MENTAL HEALTH PROBLEMS/ DISABILITIES).

* "LAWYERBOY/LB" IS A LONGTIME (20-YEAR OLD) NICKNAME, WHICH STAFF KNOWS I AM CALLED. PRISONERS AND STAFF OFTEN REFER TO ME AS "LAWYERBOY/LB/LAWYER".

5-C).

(THROUGHOUT 2013 AND 2014 THEY WOULD JOINTLY AND INDIVIDUALLY HARRASS ME, WITH LOCKER SEARCHES, STRIP-SEARCHES, GOING THROUGH MY LEGAL MAIL/FOLDERS TO SEE WHO ALL I WAS HELPING TO FILE GRIEVANCES, ETC.,).

IN JANUARY/FEBRUARY 2014, I NEEDED AN X-RAY, SO I SHOWED UP AT MEDICAL AND WAS SENT INTO THE X-RAY ROOM. A BLACK MALE X-RAY TECHNICIAN EMANUEL LAWSON, (OF "TECH CARE X-RAY INC." TALLAHASSEE), DID MY X-RAY AND, AFTERWARDS, FONDLED MY PENIS. I IMMEDIATELY REPORTED THIS TO DOCTOR RICHARDSON (THE DOCTOR AND X-RAY TECH WORK THROUGH "CORIZON INC.").
RICHARDSON SAT ME IN HIS OFFICE, WENT DOWN THE HALL, EXCHANGED WORDS WITH LAWSON, AND CAME BACK AND TOLD ME THAT HE (RICHARDSON) WAS GOING TO "GET TO THE BOTTOM OF THIS". HE TOLD ME THAT HE WANTED ME TO FILL OUT A STATEMENT, WHICH I DID ON THE LONG SHEETS OF PAPER. RICHARDSON TOLD ME TO NOT SAY NOTHING TO NOBODY, BECAUSE THE INVESTIGATION WILL GO BETTER IF WE DON'T TIP OFF LAWSON TO WHAT WE WERE DOING. DOCTOR RICHARDSON SAID HE WAS SENDING A COPY THAT SAME DAY BY FAX TO THE TALLAHASSEE INSPECTOR.
I HEARD NO MORE ABOUT IT. I FILED GRIEVANCES AND NEVER GOT ANY ANSWERS. I WROTE TALLAHASSEE GRIEVANCES ABOUT IT, NEVER GOT NOTHING BACK. NOTHING.
HUDSON AND JOHNSON FURTHER HARRASSED ME IN 2014, PUTTING ME INTO LOCKDOWN ON BOGUS CHARGES.
THEY SENT AN ARYAN NATION INMATE ("BIG GEORGE") TO BEAT ME UP. HE (BIG GEORGE JACOBS), I FOUND OUT LATER, HAD GOT CAUGHT WITH A CELL PHONE AND AGREED TO DO A "HIT" FOR HUDSON/JOHNSON ON ME. BIG GEORGE JACOBS IS 6'5; 290LBS. HE SET UP A "FIGHT" IN E-DORM, IN FRONT OF 40 OR 50 OTHER PRISONERS. I KNOCKED HIM OUT IN UNDER 5 SECONDS. THE DORM STAFF KNEW THAT A "HIT" WAS PUT ON ME, AND SEVERAL DID NOT APPROVE.
5-D).    SO, THEY GOT BIG GEORGE BACK CONSCIOUS, TOOK HIM TO

MEDICAL, AND HE REQUESTED "PROTECTIVE CUSTODY"
AND HE WAS ULTIMATELY SHIPPED ELSEWHERE.
(SGT. CHUNN CALLED ME UP TO THE OFFICE DOWN
THE HALL FROM HUDSON) JOHNSON, AND WHISPERED
TO ME THAT BIG GEORGE HAD TOLD HER ALL ABOUT
THE "HIT" AND THAT SHE WAS GONNA SHIP HIM OUT
AND THAT SHE WAS NOT GONNA LOCK ME UP, BECAUSE
SHE DIDN'T LIKE THAT A "HIT" WAS PUT ON ME BY STAFF).
HUDSON/JOHNSON ORDERED MY BUNK/LOCKER SEARCHED
BUT FOUND NOTHING ILLEGAL. THEY "MOCKED" ME, CALLING ME "RETARD".
THEY HAD ME PUT IN LOCKDOWN FOR BOGUS REASONS
ON 3 MORE OCCASIONS. THEY MOCKED ME ABOUT THE "FONDLING" TOO.
A WHITE KID (17 OR 18 YEARS OLD) FIRST-TIME IN PRISON,
HAD CAME INTO "B-DORM", WHERE I WAS SENT AFTER
BEING RELEASED FROM A BOGUS LOCK-UP. THERE WERE
SOME GANGBANGERS WHO JUMPED THE KID, ROBBED HIM
OF SOME OF HIS PROPERTY AND BROKE THE KIDS LEG AND
CRACKED BONES IN HIS FACE. I CAME OUT THE BATHROOM,
LEAPED IN; BROKE IT UP. KEPT ANYONE ELSE FROM
STEALING HIS PROPERTY AND I NOTIFIED STAFF THAT
THE KID WAS INJURED. THEY BROUGHT A WHEELCHAIR.
I PUT HIM IN IT, PUT ALL HIS LEFT OVER PROPERTY
INSIDE AND SAT IT ON HIS LAP. A MEDICAL ORDERLY
AND STAFF WERE ROLLING HIM OUT. HE MADE THEM
STOP, AND HE TOLD ME "THANK YOU, SIR". HE GOT HOSPITALIZED).
THAT NIGHT I BEAT UP ONE OF THE GANGBANGERS WHO
HAD A PROBLEM WITH MY INTERVENTION FOR THE KID.
I CUT MY KNUCKLES ON THE GANGBANGERS TEETH AND
HUDSON AND JOHNSON CAME TO THE DORM THE NEXT MORNING.
THEY SAID THEY HAD WENT TO THE HOSPITAL AND THAT THE
STATE HAD A BILL FOR $50 THOUSAND DOLLARS. THEN THEY
MOCKED ME, AND (THEY TOLD THE DORM THAT I TOLD ON THE X-RAY TECH).
THEN ASKED "WHO DID THAT TO THE KID"? JOHNSON THEN
TOLD STAFF "LOCK LAWYERBOY UP". THE WHOLE DORM THEN
ERUPTED, YELLING "LAWYERBOY SAVED THAT KIDS LIFE, COLONEL".

5-E).

So, THEY PUT ME IN LOCKDOWN FOR SOME WEEKS AND LET ME OUT, WITHOUT EVER HAVING SPOKEN TO ME. (SGT. GRAHAM TOLD ME THAT THE KID HAD SPECIFICALLY TOLD JOHNSON THAT I HAD "SAVED HIM/RESCUED HIM", BUT JOHNSON "JUST WANT TO LOCK YOU UP, LAWYERBOY").

I GOT OUT OF CONFINEMENT AND MY NEW DORM WAS "A" DORM, SGT. NOBLES' DORM.

I WAS ASSIGNED ON CLEAN-UP CREW, BATHROOMS. HUDSON CAME BY TO "INSPECT". HUDSON AND SGT. NOBLES BEGAN ARGUING, WHICH I COULD CLEARLY HEAR FROM THE WINDOW.

HUDSON TOLD SGT. NOBLES THAT HE WOULD "KICK NOBLES A.S.S", AND THEY AGREED TO FIGHT INSIDE THE DORM LAUNDRY ROOM. HUDSON CAME IN, TOOK OFF HIS SHIRT, TIE, JEWELRY, AND, AS SGT. NOBLES WAS DOING HIS FIGHT PREPARATIONS, SEVERAL OTHER OFFICERS HAD GOTTEN WIND OF THE SITUATION, AND RUSHED TO "A-DORM". HUDSON PERMITTED THEM TO TALK HIM OUT OF THRASHING SGT. NOBLES. HUDSON CONTINUED TO CUSS/FUSS AT NOBLES AS HUDSON RE-DRESSED. HE WAS AT THE EXIT DOOR AT THE LAUNDRY ROOM REAR DOOR, HE SAID A FEW MORE CUSS WORDS AND LEFT. (SGT. NOBLES FOUND HIMSELF A MORE PEACEFUL PRISON TO WORK AT, DOWN SOUTH LATER ON).

SGT. NOBLES ASKED ME IF I WOULD WRITE DOWN WHAT I SAW OF THAT CONFRONTATION. I DID AND GAVE IT TO SGT. NOBLES. SOMETIME IN MAY (2014) INMATE JOHN SMITH # 135651, A MENTALLY/PHYSICALLY HANDICAPPED/DISABLED PRISONER TOLD ME HE HAD BEEN "SLAPPED-DOWN, PICKED UP AND BODYSLAMMED BY AN OFFICER NAMED SGT. JONES (NO RELATION TO ME).

SMITH WROTE OUT A NARRATIVE, STATING THAT ON MAY 14th, 2014, HE WAS IN HANDCUFFS AT THE GATEHOUSE, HAVING BEEN SENT THERE BY MS. ALEXIS, A DINING HALL OFFICER. SMITH WAS ACCUSED BY MS. ALEXIS OF "TRYING TO EAT TWICE". SMITH DENIED IT, AND, UPON BEING TOLD HE WAS BEING

5-F).

PUT INTO LOCKDOWN. HE CALLED MS. ALEXIS "A WHORE."
SGT. JONES, WHO WAS IN A (NOT-SO-SECRET, "SECRET")
RELATIONSHIP WITH MS. ALEXIS, LEARNED OF WHAT
SMITH ALLEGEDLY SAID AND ARRIVED AT THE GATEHOUSE.
SGT. JONES APPROACHED SMITH, WHO WAS HANDCUFFED
BEHIND HIS BACK (SMITH WEIGHS ALL OF 130-140 POUNDS
AND HAS A PROMINENTLY/NOTICEABLY DISFIGURED HEAD,
IN ADDITION TO A HUGE "HORSESHOE"-SHAPED SCAR
ON HIS HEAD).
SGT. JONES SLAPPED SMITH DOWN, THEN, PICKED SMITH
UP— CHOKED SMITH UNTIL SMITH "GAGGED", THEN,
SGT. JONES PICKED SMITH UP, BODYSLAMMED SMITH ONTO
THE CONCRETE. SGT LEE, (BLACK FEMALE) SAW THIS OCCUR,
AND YELLED AT SGT. JONES FROM THE MEDICAL LOBBY
TO SAY "JONES, YOU AINT GOT TO DO THAT BOY LIKE THAT."
JONES YELLED BACK TO SGT. LEE "SHUT THE FUCK UP, LEE."
I WROTE THIS UP IN A GRIEVANCE TO THE WARDEN AND
TO TALLAHASSEE INSPECTOR GENERAL. I DIDN'T HEAR
NOTHING BACK. THEN, IN JUNE (6-15-2014) SMITH
WROTE ME ANOTHER NARRATIVE. I HAD IT COPIED
(SURREPTITIOUSLY) AND RE-SENT TO THE FBI/FDLE/INSPECTOR
GENERAL— NEVER HEARD NOTHING FROM ANYONE I WROTE.
(I'M NOW ENCLOSING TO THIS COURT, THE "ORIGINALS"
OF THE DOCUMENTS ABOUT THE MURDER OF MARVIN MORRIS
AND THE ATTACK ON JOHN SMITH. I ASK THAT THESE PAPERS
NOT BE GIVEN TO ANY PRISON OFFICIALS. THEY SHOULD
BE GIVEN TO THE FBI (FEDERAL) OFFICIALS ONLY).
(JOHNSON HAD ME LOCKED UP AGAIN, AFTER A WEEK OR
SO OF FINDING OUT I WAS HELPING JOHN SMITH).
I BECAME FRUSTRATED AT THE CONSTANT HARRASSMENT,
AND I WROTE AGAIN TO THE FBI/FDLE AND TO
THE TALLAHASSEE INSPECTOR GENERAL. I "RECOUNTED"
ALL OF THE COMPLAINTS I HAD FILED ABOUT THE MORRIS
MURDER, THE SMITH BEATING, THE STEALING OF MAIL
AND LEGAL DOCUMENTS FROM ME, THE HARRASSMENTS,

5-6)

THE THREATS IN MAKING ME CANCEL MY (ASBESTOS)
GRIEVANCES AND COURT CASE.
   I RECOUNTED THE BOGUS LOCK-UP AND INFORMED
THE FBI (FDLE) PRISON INSPECTOR GENERAL ABOUT
THE JAN/FEB 2014 SEXUAL FONDLING BY THE
TECH CARE X-RAY TECH (EMANUEL LAWSON).
   I TOLD THEM TOO OF THE ARYAN NATION
(BIG GEORGE JACOBS) GUY AND THE "HIT" THAT
JOHNSON/HUDSON PUT ON ME. I TOLD THEM OF
THE GENERAL AND SPECIFIC CORRUPTION. I TOLD
HOW INSTEAD OF INVESTIGATION THE X-RAY TECH,
THEY (HUDSON/JOHNSON) MOCKED ME NUMEROUS
TIMES IN FRONT OF STAFF AND INMATES ABOUT
ME REPORTING THE X-RAY TECH FONDLING. I REPORTED
HOW HUDSON/JOHNSON TRIED TO ENCOURAGE OTHER
PRISONERS TO ATTACK ME, BRANDING ME AS A
"SNITCH" FOR HAVING REPORTED THE X-RAY TECH,
EMANUEL LAWSON, AND MOCKED MY MENTAL DISABILITIES.
SUBSEQUENTLY, HUDSON/JOHNSON HAD ME LOCKED
UP AGAIN IN LATE SEPTEMBER, 2014.
   I WROTE TO THE WARDEN, COMPLAINING ABOUT
JOHNSON CONSTANTLY HIMSELF AND HIM SENDING
SECURITY STAFF TO NEEDLESSLY HARRASS ME.
   I FILED THE GRIEVANCE ON OCTOBER 4TH, 2014
TO WARDEN C.L. HODGSON. I RELATED THE
HARRASSMENTS/THREATS/MOCKINGS.
   I FILED ANOTHER GRIEVANCE TO C.L. HODGSON ON
OCTOBER 5TH, 2014, ASKING HIM ABOUT THE X-RAY
TECH FONDING INVESTIGATION AND TELLING HIM MORE
OF HOW JOHNSON/HUDSON WERE MOCKING ME ABOUT IT
AND TELLING HIM MORE FACTS ABOUT THE THREATS/FONDLING
BEING MADE AND HARRASSMENT BEING DONE TO ME BY THEM.
JOHNSON INTERCEPTED THE MAIL AND SHOWED IT TO HUDSON
(THE WARDEN IS C.L. HODGSON, WHITE MALE; NOT TO BE
CONFUSED WITH A.M. HUDSON, ASSISTANT WARDEN, BLACK MALE)

5-H).

JOHNSON AND HUDSON HAD ME BROUGHT TO A
LITTLE CLOSET-SIZED ROOM IN H-DORM, ON OCTOBER 7th, 2014
(THE SCENE OF THE MORRIS MURDER).
IN THE ROOM WAS MR. SPEIGHTS (ANOTHER ASST. WARDEN),
MS. BUTLER, A WHITE FEMALE (CLASSIFICATION LADY, WHO
HAD A BROKEN LEG IN A BOOT/CAST), HUDSON AND JOHNSON,
SPEIGHTS AND BUTLER WERE SITTING AT A TABLE AND
HUDSON WAS LEANING BACK/STANDING AGAINST THE TABLE.
JOHNSON WAS BY THE CLOSET ENTRY-DOOR.
   THE GUARDS PUSHED ME INSIDE AND I WAS, AT ALL
TIMES, HANDCUFFED BEHIND MY BACK, LEG-SHACKLED
AND TOTALLY UNAGGRESSIVE. ADDITIONALLY, THE
PRISON GUARDS WHO DELIVERED ME WERE NEARBY
AND INMATES WERE IN THE HALLWAY, AWAITING
JOB ASSIGNMENTS.
UPON BEING DEPOSITED INTO THE ROOM BY LOCKDOWN
STAFF, HUDSON AND JOHNSON BEGAN CUSSING/YELLING
AND FINGERPOINTING/GETTING UP IN MY FACE.
(SPEIGHTS AND MS. BUTLER SEEMED VERY UNCOMFORTABLE
AT WHAT WAS GOING ON, BUT, OF COURSE, THEY DID NOT
INTERVENE, OR TRY TO STOP THE MATTER FROM GETTING
FURTHER OUT OF HAND).
   HUDSON GOT IN MY FACE AND TOLD ME THAT I'D
"BETTER NOT WRITE JOHNSON UP, NO MORE".
   HUDSON WAS UP CLOSE IN MY FACE, SEEKING TO
BE "INTIMIDATORY". HE LOOKED AT ME AND SAID
"I GOT SOMETHING FOR YOU". HE CALLED ME "OLD SCHOOL",
IN ADDITION TO "LAWYERBOY" AND, IN ADDITION TO
SEVERAL VULGAR/OBSCENE NAMES.
   HUDSON THEN SAID "KNOW WHAT I MEAN, "OLD SCHOOL"?
I THEN ASKED IF HE WAS SAYING HE WOULD PHYSICALLY
HARM ME (WHICH IS GUARDSPEAK/CODEWORD FOR HOW
THEY BEAT-UP PRISONERS "BACK-IN-THE-DAY"/"OLD-SCHOOL").
   HUDSON RESPONDED BY GRABBING ME AND DOING SOME
MANEUVERS THAT RESULTED IN DISLOCATION OF MY

5-I).

LEFT ARM AND SHOULDER.

HUDSON THEN, AFTER DISLOCATION MY LEFT ARM/SHOULDER; JACKED ME UP, WITH HIS ARM/HAND UNDER MY LEFT SHOULDER, AND "COLLARED ME" WITH HIS OTHER HAND, AND LIFTED/DRUG ME OUT THE ROOM, DOWN THE HALLWAYS AND PUSHED ME ONTO THE DOORWAY OF THE CONFINEMENT WING. THE DORM-WING CAMERA'S WILL SHOW HIM LIFTING/DRAGGING ME OUT THE CLOSET/ROOM, DOWN THE HALLWAYS AND SHOVING ME TOWARDS MY CONFINEMENT WING DOOR, AND TOLD THE OTHER GUARDS TO LOCK ME BACK IN MY CELL.

I TOLD THE GUARDS TO TAKE ME TO MEDICAL BECAUSE I WAS INJURED. THEY SAID "HUDSON SAID TO TAKE YOU BACK TO YOUR CELL." THEN, ON 10-8-14 (THE NEXT DAY) MEDICAL STAFF TOOK ME TO SEE DOCTOR PLISKIN. SHE SAW MY INJURIES AND GAVE ME PAIN MEDICATIONS, ORDERED ME AN ARM SLING, AND ORDERED X-RAYS OF MY LEFT ARM/SHOULDER.

I WROTE TO THE WARDEN, C.L. HODGSON, AND TOLD HIM ON 10-8-14 OF THE ATTACK. I ALSO TOLD HIM THAT X-RAYS HAD BEEN ORDERED AND THAT HE SHOULD MAKE SURE THAT I'M NOT SEEN BY THE X-RAY GUY, EMANUEL LAWSON, AND I RE-RELAYED THE JAN/FEB 2014 "FONDLING" INCIDENT TO THE WARDEN, C.L. HODGSON.

I DIDN'T GET ANY REPLY FROM HODGSON. I WAS TOLD THAT MY X-RAY APPOINTMENT WAS FOR 10-14-14, AND THE DAY BEFORE THE X-RAY, I GAVE A FORMAL GRIEVANCE TO THE CLASSIFICATION LADY (NAME UNKNOWN). SHE WAS ACCOMPANIED BY A GUARD AS SHE MADE HER DAILY ROUNDS TO PICK UP GRIEVANCES. THE DORM-WING CAMERAS SHOWED ME HAND THIS TO THE LADY.

I RE-STATED TO THE WARDEN, C.L. HODGSON, THAT I WAS SET FOR X-RAYS THE NEXT DAY (10-14-2014), AND

5-J).

THAT I DID NOT WANT TO BE SEEN BY THE X-RAY TECH,
EMANUEL LAWSON.

I RE-RE-RELAYED, AGAIN, THE FACTS OF WHAT LAWSON
DID IN JAN/FEB 2014, AND THAT I DIDN'T WANT
HIM TO DO MY 10-14-14 X-RAYS.

I ALSO TOLD NURSING STAFF THAT DAY 10-13-14,
AND AGAIN ON 10-14-14, HOURS BEFORE MY X-RAY,
ABOUT THE PRIOR "FONDLING", AND THAT I DID NOT
WANT TO BE SEEN BY LAWSON.

NURSING STAFF, NURSE DAVIS, TOLD ME THAT I DO NOT
GET TO "PICK AND CHOOSE" WHO DOES MY X-RAYS, AND,
THAT IF I REFUSED THE X-RAYS, IT WOULD CONSTITUTE
ME "REFUSING" ALL MEDICAL TREATMENT.

SO, UNDER THAT "DURESS", I SHOWED UP ON 10-14-14
AT MEDICAL FOR THE X-RAYS.

OFFICER WILLIAMS (BLACK MALE, 25 TO 28 YEARS OLD)
ESCORTED ME. HE WAS SUPPOSED TO STAY WITH ME, BUT
HE LEFT AND WENT OFF "FLIRTING" WITH THE WOMEN IN MEDICAL.
SURE ENOUGH, EMANUEL LAWSON WAS THE X-RAY
TECHNICIAN AGAIN. HE SAID "I REMEMBER YOU. YOU GOT
THAT RADIATOR HOSE". HE DID MY X-RAYS, AND, SOON AS
HE FINISHED, HE FONDLED MY PENIS, AGAIN.

I TOLD OFFICER WILLIAMS AND NURSE DAVIS.

DAVIS SAID SHE DIDN'T WANT TO HEAR NOTHING AND
TOLD THE OFFICER TO GET ME BACK TO LOCKDOWN.
I SAW OFFICER RUSS AND TRIED TO TELL HIM.

NURSE DAVIS CURSED ME OUT AND TOLD
OFFICER RUSS TO COME INTO THE ROOM WITH HER,
AND FOR OFFICER WILLIAMS TO TAKE ME BACK TO LOCKDOWN.

OFFICER WILLIAMS TOOK ME BACK, AND ASKED ME TO NOT
SAY NOTHING, BECAUSE HE WOULD GET IN TROUBLE FOR
LEAVING ME WITH THE X-RAY TECH ALONE.

HUDSON AND JOHNSON WERE STANDING OUTSIDE OF
H-DORM LOCKDOWN AND I TRIED TO REPORT THE
5-K).   FONDLING TO THEM AND THEY CURSED ME AND TOLD

OFFICER WILLIAMS TO TAKE ME TO MY CELL.

THEY ALSO FUSSED AT OFFICER WILLIAMS, TELLING HIM THAT HE SHOULD HAVE HAD PUT SEVERAL "MORE CHAINS" ON ME. (I WAS FULLY HANDCUFFED, AND FULLY LEG-SHACKLED AND DIDN'T UNDERSTAND WHAT THEY WANTED OFFICER WILLIAMS TO DO TO CHAIN ME UP SOME MORE).

OFFICER WILLIAMS PUT ME BACK IN MY CELL.

DR. PLISKIN READ MY X-RAYS AND ORDERED, THAT I BE SENT TO LAKE BUTLER HOSPITAL ("RMC") FOR ORTHOSURGERY.

DR. PLISKIN ALSO ORDERED ME PAIN MEDICATIONS, THE CONTINUED USE OF ARM SLING AND SET ME FURTHER APPOINTMENT TO SEE HER PRIOR TO ME GOING TO THE HOSPITAL. NURSE DAVIS TOLD HUDSON AND JOHNSON RIGHT AWAY THAT I HAD BEEN RECOMMENDED FOR ORTHO SURGERY BY DR. PLISKIN. THEY ALSO LEARNED OF THE SECOND "FONDLING" (BY EMANUEL LAWSON) FROM NURSE BLAIR AND DAVIS. (ALSO, ON THE SAME DAY OF THE 10-14-14 FONDLING, I GAVE NURSE BOUTWELL A WRITTEN COMPLAINT OF IT. SHE ACCEPTED IT "ON CAMERA" WITH OFFICER OWENS PRESENT AT 5.PM).

I SPECIFICALLY TOLD NURSE BLAIR THAT THE X-RAY TECH (LAWSON) HAD GRABBED/GRIPPED MY PENIS, AND THAT HIS DNA WOULD BE ON THE CROTCH-AREA OF MY PANTS.

NURSE BLAIR DID NOT INCLUDE THIS IN THE "PREA" ("PRISON RAPE ELIMINATION ACT") REPORT.

SHE FALSIFIED THE REPORT INTENTIONALLY, TO HELP "COVER-UP" FOR LAWSON, AND TO MINIMIZE/TRIVIALIZE LAWSON'S SEXUAL ATTACK ON ME.

NURSE BLAIR FALSIFIED THE REPORT, STATING MY AGE AS "58", WHEN SHE KNEW I WAS "54." SHE FALSELY WROTE THAT THERE WAS "NO PHYSICAL EVIDENCE", WHEN I HAD OFFERRED HER MY PANTS WITH LAWSON'S "DNA" ON THEM.

5-L).

SHE FALSIFIED THE REPORT, STATING THAT I HAD
"BATHED AND CHANGED CLOTHES", WHEN, IN FACT,
I HAD NOT DONE EITHER.
NURSE BLAIR REPORTED, TO HUDSON AND JOHNSON
THAT SHE HAD DONE MY "PREA" EXAM.
NURSE BLAIR ALSO DISCUSSED MY "PREA" EXAM
WITH NURSE DAVIS.
SO, WHEN HUDSON/JOHNSON FOUND OUT THE
"PREA" INFO AND THAT DR. PLISKIN HAD ME
SET TO GO TO DOCTORS AWAY FROM JCI, THEY
CONTACTED DR. PLISKIN AND NURSE MOORE.
HUDSON ORDERED DR. PLISKIN TO CANCEL
MY ORTHO SURGERY, AND TO NOT SEND ME
ANYWHERE FOR ANY MEDICAL SERVICES.
JOHNSON ALSO ORDERED THE MEDICAL STAFF
TO TAKE MY PRESCRIBED MEDICATIONS FROM ME.
JOHNSON ALSO ORDERED THAT I NOT BE LET
OUT OF MY CELL FOR ANY REASON, AND THAT
I NOT BE ALLOWED ACCESS TO MY OWN MEDICAL FILES.
I KEPT FILING GRIEVANCES TO THE WARDEN AND TO
THE PRISON INSPECTOR GENERAL. I SENT "LEGAL MAIL"
OUT TO THE FBI/FDLE, AND JOHNSON INTERCEPTED IT
AND TOLD ME ABOUT IT. HE SAID "MR. PARKER GIVES
ME YOUR MAIL, LAWYERBOY."
JOHNSON WOULD MAKE "ROUNDS" AND STOP BY TO
HARRASS/THREATEN/MOCK ME IN CONFINEMENT.
JOHNSON ORDERED CONFINEMENT STAFF TO SEND
ME TO "Y-DORM" WHICH IS A "DUNGEON".
THEY (HUDSON/JOHNSON) PICKED OUT THE CELL THEY
WANTED ME IN AT "Y-DORM". THEY CAME BY AN MOCKED
ME, SAYING "LAWYERBOY, WE PUT YOU ON THE RETARD WING;
THE "SHORT WING"."
THEY HAD THE WATER IN MY CELL SHUT OFF FOR
SIX DAYS AND I COULDN'T FLUSH THE TOILET.
5-M).   ONE OFFICER (MR. CYPHERS) BROUGHT ME WATER

TO DRINK, AS HE FELT SORRY FOR ME.
SOMEHOW, AN INSPECTOR FROM TALLAHASSEE
SHOWED UP IN NOVEMBER. HIS NAME WAS
JOHN ULM.
HE TOOK A TAPED STATEMENT AND LEFT.
   DAYS LATER, HUDSON AND JOHNSON STOPPED
BY MY CELL, AND TOLD ME THAT JOHN ULM
HAD TOLD THEM EVERYTHING I TALKED TO
HIM ABOUT.
THEY SAID "FUCK THE FBI, FUCK THE FDLE, ETC."
THEY ALSO SAID JOHN ULM "HAS NO JUICE" AND
THAT ULM WAS "ONE OF US".
JOHN ULM CAME BACK AGAIN AND I TOLD HIM
THAT I DIDN'T TRUST HIM, AND THAT HUDSON/JOHNSON
HAD TOLD ME THAT HE TOLD THEM EVERYTHING THAT I
HAD TOLD HIM.
JOHN ULM TOLD ME THAT HE WAS UNDER A
LOT OF PRESSURE FROM FELLOW OFFICERS AND
THAT HE WOULD GET MY CASE REASSIGNED.
HE TOLD ME THAT BOTH "FONDLING" INCIDENTS,
AND ALL OF MY ABUSE ALLEGATIONS WERE
ALL IN HIS FILE AND WOULD BE INVESTIGATED
BY THE PERSON WHO THE CHIEF INSPECTOR
( JEFFREY T. BEASLEY) WOULD ASSIGN.
I WROTE A COMPLAINT ABOUT EVERYTHING TO
GOVERNOR RICK SCOTT. HIS OFFICE WROTE ME
TWICE (ON 12-2-14 AND 12-15-14) AND SAID THEY
HAD ORDERED CHIEF INSPECTOR BEASLEY TO INVESTIGATE.
I THEN WROTE BEASLEY SEVERAL LETTERS, AND HE NEVER
ANSWERED. (I WROTE DR. CHERRY, HE NEVER ANSWERED).
MR. PAUL PARKER CAME TO MY CELL TO GIVE ME
LEGAL MAIL. I CONFRONTED HIM ABOUT THE
THEFT, AND TAMPERING OF MY MAIL.
PARKER TOLD ME "JONES, I DO WHAT I'M TOLD. IF THE
COLONEL OR WARDEN HUDSON ASKS FOR ANY OF YOUR

5-N.

INCOMING OR OUTGOING MAIL, I GIVE IT TO THEM".

A PASTOR SENT ME $20 DOLLARS IN A MONEY ORDER IN LATE NOVEMBER 2014. THE MAILROOM LEFT IT IN THE LETTER, AND DELIVERED IT TO ME. I SHOWED IT TO THE OFFICER. HE SAID "TURN IT IN TO THE MAILROOM" (THE PASTOR IS VERONICA MORRISON).

BY HAPPENSTANCE THE NEXT DAY, I HAD "LEGAL MAIL", WHICH IS DELIVERED BY PARKER.

PARKER CAME TO MY CELL TO GIVE ME THE LEGAL MAIL. I GAVE HIM THE MONEY ORDER "ON CAMERA", SAID HE WOULD "CREDIT IT TO MY PRISON BANK BOOKS."

HE KEPT IT. NEVER CREDITING IT, HE NEVER DENIED RECEIVING IT FROM ME. I WROTE GRIEVANCES ABOUT THIS TO C.L. HODGSON AND TO TALLAHASSEE, BUT THEY DENIED THE GRIEVANCES ABOUT THIS MONEY ORDER.

I SUBSEQUENTLY GOT MY MEDICAL FILES ORDERED AND ALL OF THE NURSE/DOCTOR'S NOTATIONS ARE LISTED FROM OCTOBER/NOVEMBER/DECEMBER 2014, SHOWING HUDSON/JOHNSON CANCELLING MY SURGERIES. DR CHERRY (TALLAHASSEE) APPROVED CANCELLING MY SURGERIES. ANOTHER TALLAHASSEE (DEPUTY) INSPECTOR GENERAL CAME BY JCI AND TOLD ME HE HAD BEEN ASSIGNED MY CASE AND HE WOULD BE BACK TO SEE ME.

HE SAID THAT THE CHIEF INSPECTOR HAD ORDERED THAT I BE FILMED/VIDEOED ANYTIME I'm OUT OF MY CELL, EVEN FOR A SHOWER. SO, THEY FILMED ME DOZENS OF TIMES.

MEANWHILE, DURING THE TIME THEY SHUT MY WATER OFF FOR THE SIX DAYS — I DEVELOPED A MOUTH INFECTION. THE DENTIST WROTE ME, SAYING THAT HUDSON/JOHNSON WOULD NOT LET ANYONE BRING ME TO SEE HIM. THE NURSE (MS. HARVILLE) LOOKED AT MY MOUTH AND REPORTED IT TO DR. SHATTUCK, THE DENTIST. DR SHATTUCK MADE AN UNPRECEDENTED "HOUSE CALL" TO MY CONFINEMENT CELL. HE LOOKED AT

5-"0").

MY MOUTH AND IMMEDIATELY GAVE ME ANTIBIOTICS
AND ORDERED THE NURSES TO DELIVER ANTIBIOTICS
TO ME EVERY SIX HOURS FOR 7 DAYS.

JOHNSON ORDERED MY MEDICINES CONFISCATED.

THE DENTIST (DOCTOR SHATTUCK) SENT ME MORE,
AND HE WENT OVER HUDSON/JOHNSON AND GOT
ME ORDERED INTO HIS OFFICE FOR SURGERY ON
MY MOUTH.

HE ORDERED FURTHER, THAT I BE SENT TO THE
OUTSIDE ORAL SURGEON TO TREAT THE INFECTION.
HUDSON/JOHNSON CANCELLED THIS TOO, WHICH
IS IN MY MEDICAL FILES (DR. CHERRY SUPPORTED CANCELLING).
I COMPLAINED ABOUT ALL OF THIS TO DR. CHERRY, AND
MEDICAL SUPERVISOR/DIRECTOR, DIANE HARTSFIELD.

I ALSO ASKED HER ABOUT GIVING ME A COPY OF
THE ONE-PAGE HANDWRITTEN "PREA" COMPLAINT
THAT I HAD GIVEN NURSE BOUTWELL, IN PRESENCE OF
OFFICER OWENS "ON CAMERA" ON 10-14-14, HOURS
AFTER BEING FONDLED BY EMANUEL LAWSON FOR
THE SECOND TIME IN 2014.

HARTSFIELD DENIED RECEIVING IT, EVEN AFTER
NURSE BOUTWELL admitted SHE GAVE IT DIRECTLY
TO HARTSFIELD, I WROTE DR. CHERRY. HE DIDN'T ANSWER.

I ALSO COMPLAINED TO HARTSFIELD OF HER LETTING
HUDSON/JOHNSON CANCEL MY SURGERY/MEDICATIONS.

I ALSO COMPLAINED TO HARTFIELD OF HOW NURSE BLAIR
FAILED TO DOCUMENT MY "PREA" ALLEGATIONS AND FAILED
TO DO THE EXAM PROPERLY AND FAILED TO TAKE MY
CLOTHES (PANTS) WITH LAWSON'S "DNA" ON THE CROTCH.

HARTSFIELD DENIED MY GRIEVANCES. I APPEALED
THOSE (AS LIKE ALL OTHER GRIEVANCES) TO THE
WARDEN (C.L. HODGSON) AND TO TALLAHASSEE,
TO NO AVAIL. I WROTE DR. CHERRY AGAIN, TO NO AVAIL.

I SUBSEQUENTLY ACQUIRED HUDSON/JOHNSONS
DISCIPLINARY FILES, AND LEARNED THAT BOTH HAD

5-P).

A VERY CLEAR HISTORY OF BEATING, GASSING PRISONERS;
FALSIFYING REPORTS; LYING TO INVESTIGATORS.
HUDSON ALSO HAD BEEN INVOLVED IN A HIGH-SPEED
"FLEEING AND ELUDING" CHASE WITH POLICE, AND, ALSO,
THAT HE HAD BEEN DISCIPLINED BY NONE OTHER
THAN C.L. HODGSON — WHEN THEY BOTH WORKED
AT TAMOKA CORRECTIONAL INSTITUTION.
  THIS SHOWS THAT C.L. HODGSON WAS QUITE
FAMILIAR WITH HUDSON'S ABUSE OF PRISONERS,
AND OF HIS PROPENSITY TO VIOLENCE AND HIS
WILLINGNESS TO FALSIFY DISCIPLINARY REPORTS
ON PRISONERS AND LIE TO INVESTIGATORS.
ADDITIONALLY, JOHNSON'S FILE ALSO INDICATED
THAT WHILE HE WAS WORKING AS A GUARD AT
SANTA ROSA CORRECTIONAL INSTITUTION, HE HAD
PARTICIPATED IN THE COVER-UP OF A PRISONER
BEATING, FALSIFIED REPORTS, LIED TO INVESTIGATORS,
AND; HE BEAT UP A FELLOW OFFICER.
HUDSON AND JOHNSON WROTE ME A DISCIPLINARY
REPORT ("DR") A PIECE, TO "COVER-UP" THEIR
ATTACK. I APPEALED BOTH VIA ALL ADMINISTRATIVE
ROUTES AND BOTH ARE BEING REVIEWED BY THE COURTS
AT PRESENT.
THE "DR'S" WERE FABRICATED; DESIGNED TO SHIELD
THEM FROM SCRUTINY AND, TO CAST ME IN A
FALSE LIGHT, AS A TROUBLEMAKER.
  MOREOVER, JOHNSON HAD, JUST PRIOR TO BEING
HIRED AT JCI, WORKED FOR 15 YEARS AT
SANTA ROSA CORRECTIONAL INSTITUTION ("SARCI").
  JOHNSON TOLD ME HE WAS GETTING ME "SHIPPED"
TO A PANHANDLE PRISON WHERE HE USED TO WORK, AND
WHERE HE HAD "FAMILY AND FRIENDS WHO WOULD FUCK ME UP
FOR HIM (JOHNSON)."
  THE WARDEN, HUDSON, JOHNSON AND ALL MEDICAL
5-Q).  STAFF KNEW AT ALL TIMES TOO, THAT I WAS TAKING

PSYCHOTROPIC MEDICATIONS, AND THAT I SUFFERED "PTSD," ANXIETY, DEPRESSION, INSOMNIA AND AN ACUTE WARINESS OF LAW ENFORCEMENT OFFICERS, WHICH I TERM AS "LEO-PHOBIA".

I AM DIAGNOSED WITH THESE RECOGNIZED MENTAL DISABILITIES AND AM PROTECTED BY FEDERAL LAW UNDER THE AMERICANS WITH DISABILITIES ACT OF 1990 ("ADA"), AND PROTECTED BY "TITLE II" OF THE "ADA". ALSO, PRISON RULE 33-404.108(1) STATES MANDATORILY THAT before PRISON GUARDS WRITE ANY DISCIPLINARY REPORTS AGAINST ME, THE MUST CONTACT MENTAL HEALTH STAFF TO CONDUCT EVALUATIONS TO DETERMINE IF I AM ACTING OUTSIDE OF UNDERSTANDING AND/OR WHETHER MY ACTIONS/ INACTIONS ARE DUE TO MY MENTAL DISABILITIES.

HUDSON AND JOHNSON KNOWINGLY VIOLATED THE ABOVE-LISTED PRISON RULE, AND THE "ADA".

THEY BOTH NEEDLESSLY INFLICTED THE PHYSICAL PAIN AND MENTAL TRAUMA / ANXIETY / ANGUISH TO MAKE ME SUFFER NEEDLESSLY.

ONE MORE EXAMPLE OF THIS, WAS THEY ORDERED A MASS "SHAKEDOWN", OF THE WHOLE PRISON.

A FEMALE OFFICER (NAME UNKNOWN) SEARCH ME AND MY PROPERTY WHILE IN A-DORM, BUNK #1101 IN MID-2014.

WE WERE HUDDLED ON THE FLOOR IN OUR UNDERWEAR AS THE OFFICERS SEARCHED.

ONCE THE SEARCH WAS OVER, AND THOSE SHAKEDOWN TERM GUARDS LEFT, I WAS MAKING MY BED UP AND LIFTED MY BLANKET AND DISCOVERED A 3 FOOT-LONG METAL DETECTOR / WAND HAD BEEN LEFT.

WE (PRISONERS) CONDUCTED A MEETING ABOUT IT, TO DISCUSS WHAT TO DO. THE CONCENSUS RANGED FROM DESTROYING IT, TO THROWING IT OVER THE FENCE, TO TOSSING IT DOWN A SEWER GRATE, ETS.

5-R).

WE TOYED WITH IT — LEARNING HOW TO OPERATE IT, AND TESTED IT'S CAPACITY TO "ALARM" ON CERTAIN ITEMS. FINALLY, IT WAS SUGGESTED TO TURN IT IN, IN EXCHANGE FOR "Canteen privileges".
(DUE TO THE MASSIVE SHAKEDOWN, NO PRISONERS HAD BEEN ALLOWED TO GO TO THE CANTEEN AND OUR CANDY/COOKIE SUPPLIES HAD RUN OUT).
So, THE PRISONERS VOTED TO TURN IT IN "UNHARMED".
(THEY ALSO VOTED TO ELECT ME AS THE ONE TO TURN IT IN, JUST IN CASE THE "GOOD DEED" BACK-FIRED).
FROM THE A-DORM WINDOWS, WE COULD SEE THE GATEHOUSE (WHERE SGT. JONES HAD SLAPPED DOWN JOHN SMITH).
"LOOKOUTS" MONITORED THE GATEHOUSE, AS WE WAITED FOR A COUPLE OF GUARDS WE RESPECTED TO CONGREGATE AT THE GATEHOUSE.
FINALLY, WE SPOTTED SGT. ARNOLD, MS. CHESHIRE, AND 3 OR 4 MORE GUARDS. THEN, CAPTAIN FARMER. I TOOK THE WAND AND HID IT UNDER MY T-SHIRT AND GOT MS. BARNES (A ROOKIE OFFICER) TO OPEN THE DOOR.
I WENT BAREFOOTED, WALKING ACROSS THE GRASS, AND, SINCE THERE WAS NO OTHER PRISONERS WALKING ANYWHERE, THE GATEHOUSE OFFICERS STARTED ASKING ME WHY WAS I DRESSED LIKE THAT, AND WHAT WAS UNDER MY SHIRT. IT HADN'T DAWNED ON ME THAT THE WAND WOULD LOOK LIKE A "SWORD" UNDER MY SHIRT.
THE TOWER OFFICER (MS. V. BROWN) PICKED UP THE RIFLE. I LIFTED MY SHIRT, PULLED OUT THE WAND, TURNED IT IN TO THEM; ALL WHILE NEGOTIATING WITH CAPTAIN FARMER AND SGT. ARNOLD TO LET MY DORM GO TO THE CANTEEN TO BUY WHATEVER WE WANTED (WITH OUR OWN MONEY, OF COURSE)

5-S).

THEY AGREED.

THEY THANKED ME AND, SURE ENOUGH, THEY KEPT THEIR WORD AND LET US GO COOKIE/CANDY SHOP,

THE NEXT DAY, SGT. ARNOLD SAID JOHNSON GOT A REPORT OF ME TURNING IN THE WAND AND HE WANTED THE GUARDS TO "ARREST ME" FOR HAVING "POSSESSED THE WAND," TO TURN IT IN.

SGT. ARNOLD SAID HE TOLD CAPTAIN FARMER AND JOHNSON THAT IF THEY HAD ME PUT IN LOCKDOWN FOR THAT — NO PRISONER WOULD ever DO SUCH A GOOD DEED AGAINST.

SGT. ARNOLD ALSO TOLD ME IN FRONT OF TWO OTHER OFFICERS THAT THEY TOLD JOHNSON THEY WOULD LITERALLY "RESIGN" FROM JCI "IF YOU (JOHNSON) LOCK LAWYERBOY UP, FOR THAT."

SO, I GOT SPARED, BUT IT WAS THE TALK OF THE COMPOUND, FOR DAYS AFTER, THAT OTHER STAFF/INMATES COULD SEE HOW JOHNSON HATED/PERSECUTED ME.

JOHNSON/HUDSON INTERCEPTED MORE OF MY LEGAL MAIL, GRIEVANCES, APPEALS TO TALLAHASSE, LETTERS TO MY FAMILY, COMPLAINTS TO FBI/FDLE/IG.

JOHNSON AND HUDSON ALSO CONSPIRED WITH MS. ELLISON, MS. LAGO AND STAFF IN TALLAHASSEE AND AT SANTA ROSA CORRECTIONAL INSTITUTION ("SARCI"), TO GO AHEAD AND GET ME TRANSFERRED TO SARCI SO THAT JOHNSON'S FAMILY/FRIENDS WOULD ("QUOTE"-) "fuck me up" FOR JOHNSON AND HUDSON.

JUST PRIOR TO THEM COLLUDING TO GET ME SENT TO SARCI, A PRISONER (RICHARD LEWIS) TOLD ME THAT JOHNSON CALLED HIM (LEWIS) UP TO HIS OFFICE AND OFFERRED LEWIS A BRIBE, IF LEWIS, WHO IS GAY, WOULD FALSELY WRITE A STATEMENT UNDER OATH SAYING THAT I "HELD A KNIFE TO LEWIS' THROAT, AND DEMANDED SOME SORT OF SEXUAL FAVOR".

5-T).   LEWIS SAID "LAWYERBOY, I WAS SHOCKED, HE HATES YOU,"

OF COURSE, JOHNSON KNEW THAT SUCH A SCENARIO WOULD NEVER HAPPEN, BUT IT WAS KNOWN THAT HE OFTEN USED SUCH "GAY/VIOLENCE" RUSES AND PLOYS TO JUSTIFY HIS CONSPIRITORIAL TRANSFERS OF PRISONERS.

AND, SO IT WAS, THAT HE AND HUDSON CAUSED ME TO BE SENT TO SARCI, WHERE JOHNSON WORKED FOR 15 YEARS, BEFORE COMING TO WORK AT JCI. (I WAS "FILMED" ON THE MORNING OF MY TRANSFER 12-23-14 AS THEY TOOK ME FROM MY CELL IN Y-DORM. SOMEHOW, THE DENTIST, DR. SHATTUCK, HAD GOTTEN PERMISSION TO DO ANOTHER SURGERY ON MY MOUTH before I GOT ON THE TRANSFER BUS. HE GAVE ME ANTIBIOTICS FOR THE (STILL PRESENT) INFECTION AND DID A (FILMED) SURGERY. HE ALSO RE-SUBMITTED ME A "CONSULT" TO BE SEEN BY THE ORAL SURGEON. I LEFT OUT OF THE DENTIST'S OFFICE AND THE GUARDS PUT ME IN A DOG CAGE AT THE PROPERTY/TRANSFER ROOM. THE BUS CAME, THEY LOADED ME UP, AND SHIPPED ME.

I SPENT ONE NIGHT AT WASHINGTON C.I. PRISON, ON 12-23-14. AT WASHINGTON, AN OFFICER (BLACK, MALE, ABOUT 50 YEARS OLD) STOOD ME AGAINST A WALL AND PHOTOGRAPHED ME.

I ASKED HIM "WHY" DID HE "SINGLE-ME-OUT" FOR A PICTURE AND HE SAID SOMEONE HE KNOWS AT JCI CALLED AHEAD AND WARNED THEM TO VERIFY THAT THEY (WASHINGTON C.I. GUARDS) had not DONE ANYTHING TO HARM ME). HE SAID "WATCH YOUR BACK." I ARRIVED AT SANTA ROSA ("SARCI") ON 12-24-14, AND WAS SUMMONED TO "J-DORM" TO SEE CAPTAIN HARRIS. HE TOLD ME THAT I WAS UNDER A 2 MONTH/60 DAY "WATCH PERIOD" FOR SAFETY. HE SAID HE AND JOHNSON WERE FRIENDS AND THAT THERE WERE "A LOT OF FOLKS HERE" WHO WERE FOND OF JOHNSON.

5-4).  THERE WAS ANOTHER (WHITE MALE) SERGEANT WITH US.

THE MEDICAL STAFF AT SANTA ROSA GAVE ME A MEDICAL "PASS" TO NOTIFY GUARDS IN WRITING OF MY INJURIES. THE PASS STATED "ARM SLING; FRONT CUFFS; AND, NO LIFTING/PUSHING/PULLING; LOW BUNK". THE PASS WAS GOOD FOR ONE (1) YEAR 12-24-14, UNTIL 12-24-15.

ADDITIONALLY, SARCI MEDICAL STAFF GAVE ME A PRINT OUT OF (L) ARM/SHOULDER EXERCISES TO DO, TO HELP WITH THE INJURIES. I WAS ORDERED TO DO THE EXERCISES DAILY — TWICE A DAY, AND TO TRY TO WEAN MYSELF TO WHERE I DIDN'T NEED THE ARM SLING, (SO, THOUGH PAINFUL, I DID TRY THE ROUTINES).

SINCE THE 10-7-14 HUDSON/JOHNSON ATTACK, MY RIGHT THUMB WAS FEELING LIKE A BONE CHIP WAS FLOATING AROUND, GETTING STUCK IN THE JOINT.

NURSE SZALAI (PRONOUNCED, "ZAYLEE") HAD AN X-RAY DONE OF MY RIGHT HAND (THIS X-RAY TECH WORKED FOR THE SAME COMPANY, TECH CARE X-RAY).

THE X-RAY CAME BACK AND SZALAI TOLD ME SHE NEEDED TO OPERATE ON ME. SHE SAID SHE HAD SPOKEN WITH THE DOCTOR AND THAT HE TOLD HER TO OPERATE ON ME, TO "REMOVE OBJECTS". I WAS NOT TOO KEEN ON THAT. I ASKED SZALAI "WHY" THE DOCTOR WASN'T OPERATING ON ME HIMSELF. SZALAI EXPLAINED TO ME THAT SHE WAS PRACTICALLY A DOCTOR/SURGEON HERSELF.

SHE STRESSED TO ME THAT I COULD LOSE USE OF MY RIGHT THUMB IF I DIDN'T LET HER OPERATE, SO, IN MID-FEBRUARY 2015, SZALAI CALLED ME TO MEDICAL, SHE HAD OFFICER BRADLEY SUMMONED, TO BE IN THE ROOM WITH US.

5-V).

SHE WAS TELLING ME TO SIGN A PAPER AND
SAID I MUST BE 100% "STILL" OR A TENDON
MIGHT BE CUT.

SHE ATTEMPTED TO GIVE ME A PAINKILLER OF
"LIDOCAINE". I DECLINED AND TOLD SZALAI
THAT I WANTED TO "FEEL" IF A TENDON WAS BEING CUT.
SO, SHE SAT ME ON A BED AND PUT MY RIGHT
HAND OUT FLAT AND PUT TOWELS UNDER IT.
SHE SAT DOWN BY THE BED ON A STOOL AND
LAID HER SCALPELS/SUTURES OUT.

SHE CUT ME ON THE RIGHT-MIDDLE SIDE OF
MY RIGHT THUMB. SHE MADE A 1/2 INCH CUT,
AND SHE TOOK SOME TONGS AND STARTED TO
LITERALLY DIG/PROBE AROUND "HAPHAZARDLY,"
SEARCHING FOR FOREIGN OBJECTS.

I ASKED SZALAI "CAN'T YOU JUST LOOK AT THE
X-RAY AND THEN LOCATE THE OBJECTS WITH
PRECISION AND THEN HAVE A BETTER IDEA OF
THEIR LOCATIONS TO RETRIEVE THEM?"
SZALAI STATED THAT SHE WAS PRETTY SURE
SHE COULD "POKE AROUND AND FIND 'EM," AND
SO, SHE "POKED AROUND.

MEANWHILE, OFFICER BRADLEY WAS BECOMING
CONCERNED AT THE AMOUNT OF BLOOD LOSS.
HE ASKED HER WAS THAT NORMAL. SZALAI
SAID "AW, HE'S A BIG GUY, HE HAS A LOT OF BLOOD,"
SZALAI THEN SAID THAT SHE NEEDED TO "CUT
IN ANOTHER PLACE". SO, SHE SCALPELED INTO THE
TOP, CUTTING TWO 3/4 INCH SLITS.
BLOOD LOSS DOUBLED TO THE POINT WHERE she
TOOK NOTICE, SHE SAID "JONES, I GOTTA CLOSE
YOU UP." I SAID "WHAT ABOUT THE FOREIGN OBJECTS
YOU SAID "HAD TO" COME OUT. SZALAI SAID, YOU'LL
BE OKAY, DON'T WORRY ABOUT IT. SO, I SAID, SO
5-W).   "YOU CUT ME ALL UP for nothing". SHE DIDN'T ANSWER,

I WROTE GRIEVANCES TO THE SUPERVISING
DOCTOR (DR. SCHWARTZ), TO THE WARDEN,
TO TALLAHASSEE, AND TO DR. CHERRY AT
CORIZON INC, IN TALLAHASSEE. THEY NEVER
WROTE ME BACK ON IT.
   CAPTAIN HARRIS SAW ME AGAIN IN THE
DORM AND TOLD ME "DON'T BE WRITING
UP NURSE SZALAI, JONES, WE AINT HAVING
THAT "LAWYERBOY" MESS HERE, JOHNSON WARNED US."
   I STILL WROTE HER UP AGAIN A COUPLE TIMES
MORE AND TURNED THEM IN, BUT HEARD NOTHING.
MEANWHILE, SZALAI HAD ME COMING TO
MEDICAL _EVERYDAY_ TO GET THE WOUNDS CLEANED
AND STITCHES CHECKED. SHE SEEMED "PANICKED".
SEVERAL OF THE OTHER NURSES WHO WOULD
CHANGE THE DRESSINGS SAID "OH, YOU'RE THAT
POOR GUY SZALAI BUTCHERED, OFFICER BRADLEY
TOLD US HOW SHE CUT YOU ALL UP FOR NOTHING"
THERE WAS AN OFFICER, MS. MACK, WHO
CHASTISED ME FOR WRITING UP NURSE SZALAI,
   MACK ALSO SAID "SHE HAD "HEARD ABOUT ME"
FROM CAPTAIN HARRIS, AND THAT MY NICKNAME
WAS "LAWYERBOY", AND I WAS A TROUBLEMAKER,
JAILHOUSE LAWYER, WRIT WRITER."
   I'D GO UP TO MEDICAL DAILY, GET WOUND CARE AND
GO BACK AND GET MY PSYCHOTROPIC MEDICATIONS.
   NEAR FEBRUARY 22ND, 2015, CAPTAIN SCHWARTZ
(UNKNOWN WHETHER RELATED TO DOCTOR SCHWARTZ)
WAS STANDING AT MEDICAL AS I WAS IN THE PILL LINE
GETTING MY MEDS. IT WAS ABOUT 5 OTHER WHITE INMATES
IN LINE WITH ME. CAPTAIN SCHWARTZ WAS TALKING
TO 3 OR 4 WHITE OFFICERS, VERY LOUDLY.
THEY WERE "MOCKING" DR. MARTIN LUTHER KING JR.
AND OTHER BLACK ICONS OF THE CIVIL RIGHTS ERA.
5-X).   AS I CAME BY, SCHWARTZ "MOCKED" LOUDLY, FOR MY

BENEFIT "WE ALL IS MARCHIN' TO SELMA, FOR NEE-GRO/BLACK HISTORY MONTH."

I TURNED AND GLARED AT THEM, AND THEY LAUGHED. IT WAS INDEED BLACK HISTORY MONTH, AND I HAD BEEN INVITED BY CHAPLAIN GAULT TO PERFORM POETRY. THE EVENT WAS HELD THURSDAY 2-26-15, AT THE CHAPEL. THERE WERE A COUPLE HUNDRED PEOPLE, INCLUDING CIVILIAN EDUCATOR, MS. ROBIN RICHAUD. ALL THE WARDENS, ASSISTANT WARDENS, EDUCATION AND CHAPLAINCY STAFF WERE THERE, WITH OTHER BRASS. I PERFORMED "I LOVE YOU, BLACK WOMAN", A POEM I WROTE IN 2007, ORIGINALLY.

I WON FIRST PLACE. THE WARDENS CALLED ME UP FRONT OF THE CHAPEL AND GAVE ME THIS GOLD-EMBOSSED AWARD/CERTIFICATE.

THAT SUNDAY, MARCH 1ST, 2015, I WAS AT MEDICAL FOR WOUND CARE/DRESSING CHANGE. THERE WERE A COUPLE WHITE INMATES AND A WHEELCHAIR-BOUND MUSLIM INMATE (MALIK ? ). (MACK WAS ON THE PHONE). UNKNOWN TO ME, THEY HAD BEEN IN THE CHAPEL FOR THE 2-26-15 BLACK HISTORY MONTH PROGRAM, AND HAD HEARD MY POEM. THEY WERE TALKING AMONG THEMSELVES, TRYING TO ASCERTAIN IF I WAS THE GUY WHO HAD DID THAT POEM AT THE CHAPEL LAST THURSDAY. I HAD NOT SAID ANYTHING TO ANYONE. OFFICER MACK HEARD TALKING, AND, YELLED TO ME TO "STOP TALKING." THE OTHER INMATES THEN EXPLAINED TO MACK THAT they WERE THE ONES TALKING. THEY EXPLAINED "WHY" THEY WERE TALKING; SAYING HOW THEY LIKED MY POEM. MACK YELLED AT ME; CALLING ME RACIST NAMES AND ASKING ME DO I KNOW WHAT "DATE" IT IS, WE AGREED THAT IT WAS SUNDAY, MARCH 1ST 2015. MACK THEN SAID THE "FEBRUARY IS O-V-E-R, BLACK HISTORY IS O-V-E-R." SHE STARTED SAYING INTO THE TELEPHONE THAT SHE'S GOT "NIGGER-LUTHER KING, A TERRORIST, AND 2 NIGGER-LOVING JEW BOYS,

5-Y).

<u>IN HER LOBBY</u>." SHE WAS LAUGHING (IT'S ON CAMERA).
SHE WAS SAYING THAT A BUNCH OF WHITE MEN
WILL SHOW UP FOR HER AND "KILL ME", JUST BASED
ON WHATEVER SHE SAY, AND, I BETTER SHUT UP".
SHE KEPT SAYING "SHUT UP", EVEN THOUGH I
STILL HAD NOT SAID NOTHING, EXCEPT TO SEE THE CAPTAIN.
SHE ALSO, ON THE PHONE, CALLED MY DORM (O-DORM)
WHERE I WAS LIVING BEFORE THIS <u>INCIDENT</u>, AND
SHE SAID THAT "I'M LOCKING UP JONES, OFF YOUR
ONE-SIDE, 34, AND I DON'T CARE IF HIS SHIT
(PROPERTY) BE "MISSING"." SHE SAID THIS A
COUPLE TIMES/WAYS AND SHE CALLED J-DORM
("THE NIGGER NIGHTMARE DORM", AS WHITE'S CALL IT)
AND SAID THAT I WAS AN ASSHOLE AND SHE WAS
LOCKING ME UP AND SHE WANTED HER BOYFRIEND, OFFICER
WEEKLEY AND CREW, TO "STICK A MOPHANDLE UP HIS COON ASS."
(SHE SAID THIS SEXUAL THREAT A LOT OF WAYS).
THEN, SHE STARTED SAYING "WATCH THIS, JONES,"
(AND PATTING HER HAIR) SAYING ON THE RADIO
ABOUT SOME LIES AGAINST ME TO YARD SECURITY,
FOR THEM TO COME GET ME, AS IF I WAS DOING
A RULE VIOLATION. THEY CAME, JUST LIKE SHE
PROMISED. THEY LOCKED MY HANDS BEHIND MY
BACK, TOOK ME TO "PRE CONFINEMENT", THEN OVER TO
<u>WEEKLEY</u>, SGT. BEAVERS, AND THE "ALL WHITE J-DORM CREW.
THEY PUT ME IN A SHOWER/STRIP CELL AND THIS
WAS ABOUT 10:15 A.M.. THEY DIDN'T FEED ME NO LUNCH.
THEY DIDN'T GIVE ME NO WATER, NO TOILET USE,
NOTHING. SO, ABOUT 12:30 AFTERNOON, I DEFACATED
AND URINATED ON MYSELF WHILE ON THE SHOWER FLOOR.
THEN, MS. MACK CAME OVER TO THE NIGGER NIGHTMARE
DORM AND WAS REPEATING HOW SHE WANT THEM
"STICKING MOPHANDLE UP THAT NIGGER'S ASS." SHE
WAS TALKING LOUD AND OFFICER WEEKLEY (HER BOYFRIEND)
5-2). SAID, "LET'S JUST HANG HIM, FOR YOU." WHEN SHE

HAD FIRST CALL TO NIGGER NIGHTMARE DORM,
SHE HAD TOLD IT ON THE PHONE ABOUT HER
WANTING A MOPHANDLE STUFF UP JUNE'S ASS, AND
SHE CALLED THE PERSON SHE WAS TALKING TO "DEAR",
AND WAS SMILING AT ME AND PRIMPING HER HAIR.
SO, SHE LEFT AND WENT BACK TO HER (MEDICAL) POST
AND THEY LEFT ME IN THE DOO DOO AND URINE
FOR ABOUT 5½ MORE HOURS. THEN, AT AFTER
6 'O'CLOCK P.M., THEY PUT ME IN CELL #J2215,
WITH NO MATTRESS, NO PILLOW, NO SHEETS, NO BLANKETS,
NO TOILET TISSUE. I HAD ON MY WINTER JACKET, SO,
ONCE IN 2215 CELL, I TIED THE JACKET AROUND
MY WAIST AND I'D STRIPPED OFF MY BLUE SHIRT,
PANTS, BOXERS, TEE-SHIRT, SOCKS, AND I CLEANED
THE DOO DOO / URINE OFF WITH THE CLOTHES, THEN I
PUT ALL THE CLOTHES IN THE TOILET AND STARTED KEEP
FLUSHING IT WITH MY RIGHT INDEX, WHILE SLOSHING
THE CLOTHES AROUND IN THE TOILET TO GET THE
DOO DOO OUT OF THEM. IT TOOK A LONG TIME, BECAUSE
THE STITCHES IN MY RIGHT THUMB, SO I COULDN'T WASH
AND WRING THE CLOTHES OUT, EXCEPT LEFT HAND ONLY.
SO, I DID. AND I WRUNG THEM OUT BEST AS I
COULD AND I PUT ALL THE WET CLOTHES BACK
ON, AND I FOLDED MY JACKET UP LIKE A PILLOW,
AND I LAID DOWN ON THE IRON AND FELL ASLEEP.
HOURS LATER, THE NEW SHIFT CAME ON DUTY, AND
I AIN'T ASK FOR NOTHING, BUT THEY BROUGHT ME
A MATTRESS / LINEN / TOILET TISSUE ABOUT 9:30 P.M.,
AND BROUGHT ME SOME OF WHAT WAS LEFT OF
MY PROPERTY. NEARLY $100.00 DOLLARS OF MY "PROPERTY"
(CANTEEN) I HAD BOUGHT EARLIER THAT WEEK WAS "MISSING,"
(AS COI MACK SAID IT WOULD BE). SO, EVERYTHING HAD
GONE, SO FAR, ACCORDING TO WHAT COI MACK SAID IT WAS.
5-AA).   I GOT RELEASED FROM J-DORM. I HAD SGT. M.G. HAGAN

ON MY TRAIL TOO.

HE HAD INTRODUCED HIMSELF TO ME, SAYING
THAT CAPTAIN SCHWARTZ HAD TOLD HIM ALL
ABOUT ME.

(HE SEEMED TO NOT RECALL THAT HE HAD STARTED
A CONVERSATION WITH ME IN THE DINING HALL
IN DECEMBER 2014, WHEN HE OVERHEARD
A PRISONER CALL ME "LAWYERBOY").

IN ANY EVENT, SGT. HAGAN GAVE ME HIS
VIEWS ON JAILHOUSE LAWYERS, RACE-MIXING,
OFFICERS-VS-INMATES, ETC..

WE HAD NUMEROUS CONVERSATIONS ABOUT POLITICS,
RACE, SLAVERY, PRESIDENT OBAMA, BLACK PANTHER
MOVEMENT, WHITE SUPREMACISTS, SEGREGATION,
INTEGRATION, MISCEGENATION, LAW, WAR, PRISONS, ETC.,
HE WORKED DORMS I LIVED IN AND WOULD
ALWAYS MAKE A POINT TO TRY TO "ONE-UP"
ME ON HIS WHITE SUPREMACIST VIEWS WHICH
HE WOULD TRY TO "JUSTIFY" TO ME AND TO GET
ME TO SEE THAT HIS VIEW WAS "THE BEST WAY".
I ALWAYS COUNTERED HIM WITH LOGIC, LAW, RELIGION
AND THE PROGRESS OF CHANGING TIMES.

I HAD SEVERAL CASES PENDING, AND I'D SPEND A
LOT OF TIME IN THE LAW LIBRARY AND WAS
OFFERRED A LAW CLERK'S POSITION, WHICH I DECLINED.
THAT LAW LIBRARIAN (MR. FLOURNORY) LEFT THE
LIBRARY, TO BECOME A PRISON GUARD, FOR BETTER PAY.
A NEW LIBRARIAN CAME, MS. J.W. STRAIN.
OFTENTIMES, AN OFFICER NAMED MS. SIMMONS,
WOULD WORK "SECURITY" IN THE LAW LIBRARY,
ALONGSIDE J.W. STRAIN.

J. STRAIN WAS VERY VERY MUCH OPPOSED TO THE
WRITING OF GRIEVANCES, APPEALS, COURT LITIGATION
AGAINST PRISON OFFICIALS.

5-BB).  THUS, SHE TOOK AN INSTANT "DISLIKE" OF ME, WHEN

SHE DISCOVERED THAT I HAD DOZENS OF
GRIEVANCES/APPEALS/COMPLAINTS AND
COURT LITIGATION — 99.99% AGAINST
PRISON OFFICERS.

SHE WOULD MAKE ME DROP MY PAPERS OFF
THAT I NEEDED COPIES MADE OF, AND SHE
AND SIMMONS WOULD READ THEM. ID SEE THEM.
SIMMONS WOULD OFTEN COME TO MY
LIVING AREA IN "O"-DORM, "P"-DORM AND
"L"-DORM — TO FUSS AT ME ABOUT THE CONTENTS
OF MY LEGAL PLEADINGS, GRIEVANCES, APPEALS, ETC;.
SHE WOULD SAY THAT J. STRAIN IS "OFFENDED"
BY SOMETHING I WROTE ABOUT PRISON OFFICIALS.
BEFORE IT WAS ALL OVER, SIMMOMS HAD
"SPREAD-THE-WORD" AGAINST ME TO NUMEROUS
OTHER OFFICERS, TO TRY TO GET THEM TO HARRASS ME.
DURING THE FIRST WEEK OF APRIL 2015, THERE
WAS A STORY ON THE NEWS AND IN THE
NEWSPAPERS ABOUT SGT. DAVID MORAN AND
TWO OTHER PRISON GUARDS AT LAKE BUTLER.
MORAN AND THE OTHERS PLOTTED TO KILL
A BLACK INMATE, SHORTLY AFTER THE INMATE
HAD BEEN RELEASED FROM PRISON.
THE INMATE HAD BEEN IN AN ALTERCATION WITH
THE GUARDS AND THEY WANTED TO KILL HIM.
MORAN AND THE TWO OTHER PRISON GUARDS
WERE SECRETLY MEMBERS OF THE KU KLUX KLAN
("KKK") AND AN INFORMANT TOLD THE FBI AND
ARRESTS WERE MADE.
SGT. HAGAN AND ME, OF COURSE, DISCUSSED THIS
CASE. HE TOLD ME MORAN WAS HIS "BROTHER" AND
THAT HE (HAGAN) WAS ACTIVELY "TAKING UP A
COLLECTION "FOR MORAN'S "LEGAL DEFENSE FUND."
I TOLD HAGAN I KNEW MORAN AND THAT MORAN,
5-CC).   WAS A PEDOPHILE AND THAT HE USED TO BEAT UP "JUVIES"

AND OLD PEOPLE IN "I-BLOCK" AT LAKE BUTLER.
I TOLD HIM I WAS "ELATED" AT MORAN'S ARREST,
AND I HOPED HE GOT "LIFE". HE MOLESTED THE "JUVIES."
HAGAN WAS _FURIOUS_ AND TRIED TO "DEFEND" MORAN,
BUT I TOLD HIM THAT I SPENT OVER A MONTH IN
"I-BLOCK" WITH MORAN AND HIS SIDEKICK
KLAN BROTHER, CHARLES NEWCOMB AND I SAW
THEM BEAT UP JUVENILES, HANDICAPPED PEOPLE,
AND OLD AND MENTALLY DISABLED PEOPLE.
ALSO, THAT MORAN HAD _INMATE_ "KLAN BROTHERS"
WHOM MORAN USED AS "GOONS" / "ENFORCERS" IN "I-BLOCK".
THE SOUTH CAROLINA SHOOTING HAPPENED, WHERE THE
9 BLACK PEOPLE GOT GUNNED DOWN IN CHURCH.
HAGAN COULD NOT WAIT TO FIND ME. HE WAS SAYING
THE SHOOTER "CAN BEAT THE CHARGES" IF HE "GETS A
GOOD LAWYER". WE DISCUSSED THAT. WE DISCUSSED
THE CONFEDERATE FLAG. HE EXPLAINED IT WAS
"ALL ABOUT HERITAGE". I DISSECTED HIS ARGUMENTS.
HE STUCK TO HIS RACIST VIEWS, SIMPLY BECAUSE
IT'S WHAT HE'S ALWAYS KNOWN.
THE LIBRARIAN, FUMING AT ME FOR WRITING HER
UP FOR NOT GIVING ME ACCESS TO THE LAW
LIBRARY, HAD ME SUMMONED TO THE OFFICE.
CAPTAIN HARRIS AND A VERY HEAVYSET WHITE
OFFICER WAS IN THE OFFICE WITH J. STRAIN.
J. STRAIN HAD MY LEGAL COURT DOCUMENTS
AND MY MEDICAL FILED SPREAD OUT AND HARRIS
AND THE OFFICER TOLD ME THAT THEY HAD READ
MY PAPERS AND MY GRIEVANCES, LEGAL PLEADINGS
AND MEDICAL RECORDS AND THAT I'D BETTER NOT
BE WRITING UP OR "SASSING" J. STRAIN.
I EXPLAINED THAT SHE WAS NOT LETTING ME COME
TO THE LAW LIBRARY ADEQUATELY TO COMPLETE MY
CASE WORK / ADMINISTRATIVE OBLIGATIONS AND
5-DD). THAT SHE WAS _IMMERSING_ HERSELF INTO MY LEGAL

AND ADMINISTRATIVE FILINGS, SOLELY TO INTERFERE
WITH MY ACTIONS, BECAUSE I WAS FILING AGAINST
PRISON OFFICIALS.

J. STRAIN STATED TOO, THAT SHE DIDN'T UNDERSTAND
"WHY" THE DEPARTMENT OF CORRECTIONS WOULD
FACILITATE THE FILINGS OF GRIEVANCES/LAWSUITS
BY INMATES AGAINST THE DEPARTMENT OF CORRECTIONS.
THAT STATEMENT MADE ME SEE CLEARLY HER
MENTALITY. SHE DOESN'T UNDERSTAND THE CONCEPTS
OF REDRESS/ACCESS TO COURTS/RIGHT TO PETITION.
MOREOVER, I TOLD THEM ABOUT HOW SHE LITERALLY
READS AND SHARES WITH STAFF AND HER LIBRARY
(INMATE) WORKERS, ALL MY LEGAL/MEDICAL FILES,
AND HOW SHE HAS HER WORKERS (INMATES) DIGGING
THROUGH LAWS/RULES TO FIGURE OUT WAYS TO
DENY ME LEGAL ACCESS, AT J. STRAIN'S URGINGS.
HARRIS TOLD HER TO LET ME WORK ON MY
CASES, BUT SAID IT WAS "LEGAL" FOR J. STRAIN TO
SHARE MY PAPERS, MEDICAL FILES WITH STAFF AND
WITH HER INMATE WORKERS.

I LEFT AND WROTE A GRIEVANCE ON J. STRAIN
FOR HAVING HARRIS AND THE OFFICER INTIMIDATE
ME AND SUBJECT ME TO PRIVACY RIGHTS VIOLATIONS.
J. STRAIN SENT OFFICER PHILIP MURPHY TO LOCK
ME UP FOR WRITING HER UP. MURPHY CAME TO
"O" DORM AND TOLD ME GO WITH HIM. HE CUFFED ME
AND STARTED ASKING ME "WHY" THE CAPTAIN HAD
TOLD HIM TO TAKE ME TO JAIL. I WAS "STRESSING",
BECAUSE I KNEW J. STRAIN WAS TRYING TO SABOTAGE
MY CASES/GRIEVANCES BY LOCKING ME UP, TO
SEVERELY CURTAIL MY ACCESS TO REDRESS.
I WAS TALKING TO MYSELF, REPEATING A
STRESS-REDUCTION TECHNIQUE DR. SMITH
(THE PSYCHOLOGIST) HAD GIVEN ME.
5-EE).   DR. SMITH HAD TOLD ME "JONES, EVEN IF YOU ARE

100% "IN-THE-RIGHT", STILL LOOK TO SEE IF THERE ARE WAYS YOU CAN NOT MAKE FURTHER MISTAKES. HE SAID HE EVEN USES THE STRESS-REDUCTOR HIMSELF. IT'S SIMPLY "FACE YOUR MISTAKES, OR YOU WILL SEE THEM AGAIN". THAT'S WHAT I WAS SAYING. PHILIP MURPHY KEPT ASKING ME "WHY" THEY HAD SENT HIM TO LOCK ME UP. I TOLD MURPHY " I DON'T KNOW", AND WENT BACK TO SAYING THE STRESS-REDUCTION EXERCISE. I TOLD HIM "I'm STRESSING". MURPHY KEPT ASKING ME OVER AND OVER AND OVER AGAIN "WHY" WAS HE TAKING ME TO CONFINEMENT. SO, I SAID "YOU WORK FOR THE CAPTAIN AND YOU DON'T KNOW "WHY" HE SENT YOU TO GET ME, BUT YOU MAD AT ME 'CAUSE I DON'T KNOW WHY YOUR CAPTAIN SENT YOU?" I TOLD HIM "I TAKE PSYCHE MEDICATIONS." MURPHY GOT MAD, AND, LATER WROTE ME A BOGUS "DR", LYING TO SAY I "THREATENED" HIM, AND THAT I TOLD HIM "LOOK AT THIS FACE, YOU WILL SEE ME AGAIN". THEY PUT ME IN J-DORM. SGT BEAVERS AND OFFICER WEEKLEY BEGAN HARRASSING ME WITH RACISM. I ASKED BOTH "WHY" DO YOU DO ME HARM FOR JOHNSON, HE'S BLACK?" THEY SAID "KKK HURTS BLACKS for anybody," AND THEY LAUGHED. WEEKLEY WOULD WALK BEHIND ME, WHEN ESCORTING ME TO SHOWERS OR MEDICAL APPOINTMENTS. HE WOULD MAKE "SPRAYING" SOUNDS, MOCKING MACE CANNISTERS. HE TOLD HIS WORKERS THAT HE WANTED TO "FIRE LAWYERBOY'S HEAD UP WITH GAS, GAS, GAS". WEEKLEY ALSO WOULD GET BEHIND ME ON THE STAIRS AFTER SHOWERS AND HE WOULD SAY "IT'S A LONG WAY TO THE BOTTOM-STEP, LAWYERBOY". I WOULD ALWAYS HOLD ON TO THE RAILS FIRMLY, IN FEAR OF HIM PUSHING ME DOWNSTAIRS. SGT BEAVER'S EGGED HIM ON. SGT BEAVER, ON SHIFT WITH WEEKLEY WOULD MOCK ME AS "RETARDED" AND USE RACIAL SLURS 5-FF).   "NIGGER", "COON", "MONKEY" AND TELL ME HOW

J-DORM IS THE "NIGGER-NIGHTMARE-DORM".
HE SAID "LAWYERBOY, NO BLACK STAFF WORK
IN J-DORM. IT'S ALL ABOUT OUR BROTHERHOOD".
HE STATED TOO "WE DO WHAT WE WANT TO DO
TO WHO WE WANT TO DO IT TO, IN J-DORM, LAWYERBOY".
HE SAID "YOU GONNA LEARN ABOUT DISRESPECTING
WHITE WOMEN AND WHITE MEN, BOY". I WROTE HIM UP.
I WROTE MORE GRIEVANCES ON J. STRAIN, BECAUSE
SHE WAS NOT PROVIDING ME LEGAL ACCESS TO
COPYING, CASE LAW, ENVELOPES, ETC., FOR MY
LEGAL FILINGS. J. STRAIN PHONED KATHLEEN HAGAN TO "TELL ON ME".
I TOLD HER I NEEDED HER TO COME GET MY PRIVATE
MEDICAL FILES TO BE COPIED. SHE SENT A GUY
NAMED ANTONIO WILLIAMS (INMATE) TO GET MY FILES.
ONLY "CERTIFIED LAW CLERKS" ARE AUTHORIZED TO
SERVICE CONFINEMENT INMATES. WILLIAMS TOLD ME
THAT J. STRAIN TOLD HIM TO TELL ME THAT I EITHER
GO THROUGH WILLIAMS OR NOTHING WILL BE DONE FOR ME.
WILLIAMS IS NOT A LAW CLERK, HE'S ONLY A "TYPIST" —
TOTALLY UNAUTHORIZED BY PRISON RULES TO GO
TO CONFINEMENT TO RENDER SERVICES. HE LOST MY PAPERS.
I WROTE J. STRAIN UP. SHE SENT ANOTHER OF HER
WORKERS (INMATE EWING) TO SEE ME, I SHOWED HIM
MY COURT DEADLINES AND HE SAID IT WAS NOT "DEADLINE".
HE TOLD ME HE WAS A MUSLIM AND THAT HE NOT GOING
TO BE COMING OVER ON FRIDAY'S (WHICH IS THE ASSIGNED
DAY FOR LAW CLERK'S TO GO TO J-DORM).
HE SAID HE HAS "JUMAH SERVICES" AND THAT HE
WAS GOING TO TELL J. STRAIN TO SEND SOMEONE ELSE
TO HANDLE MY SERVICES, I TOLD HIM I STILL NEEDED
COPIES OF PERSONAL MEDICAL FILES. HE SAID J. STRAIN
TOLD HIM THAT SHE NEVER GOES HERSELF TO J-DORM,
AND THAT I HAVE TO GIVE ALL MY PAPERS/MEDICAL FILES
TO WHOEVER J. STRAIN SENDS OVER TO SERVICE J-DORM.
5-GG).  I GAVE HIM MY PAPERS AND OTHER MEDICAL FILES,

AND HE DIDN'T GET THEM BACK TO ME, SO, TO TALLAHASSEE,
I WROTE J. STRAIN UP, FOR PUTTING INMATES
IN AUTHORITY OVER DECISIONS ABOUT WHETHER
I HAVE A DEADLINE, AND FOR VIOLATING MY "HIPAA" RIGHTS.
(J. STRAIN TOLD ME KATHLEEN HAGAN "APPROVED" J. STRAIN BY PHONE).
J. STRAIN GAVE MY GRIEVANCE TO OFFICER SIMMONS,
AND SIMMONS WROTE ME BACK, FUSSING AT ME
FOR WRITING UP J. STRAIN. THEY NEVER ANSWERED
THE ISSUES. I WROTE APPEALS TO THE WARDEN
AND TALLAHASSEE OF ALL THESE MATTERS, TO NO AVAIL.
I GOT SO STRESSED-OUT BY ALL OF THESE THINGS, AND
I KEPT WRITING J. STRAIN UP. I DIDN'T GET MY OTHER
PAPERS BACK THAT SHE MADE ME GIVE HER MUSLIM
CLERK, EWING. NOW, HE GOT PUT IN LOCKDOWN
FOR HAVING COPIES OF "ISIS" TERRORIST DOCUMENTS
THAT HE RAN OFF ON J. STRAIN'S COPY MACHINE
WHILE J. STRAIN WAS IN THE OFFICE WITH HIM.
EWING HAD PREVIOUSLY BEEN CAUGHT BY SIMMONS
AND J. STRAIN MAKING COPIES OF PORNOGRAPHIC
MATERIALS, AND THEY COVERED FOR HIM.
A "ROOKIE" OFFICER CAUGHT EWING WITH THE
"ISIS" DOCUMENTS, TO PASS OUT TO HIS BROTHERS,
AND SO SIMMONS AND J. STRAIN COULDN'T SAVE EWING.
(THEY NEVER GOT MY PAPERS BACK TO ME).
I GOT OUT OF CONFINEMENT ON THURSDAY,
8-14-15 AND I WROTE J. STRAIN UP ABOUT
MY PAPERS. I WAS NOW LIVING IN "L"-DORM,
WING #4, ROOM L4206L (I ALSO WROTE K. HAGAN UP).
J. STRAIN SENT SIMMONS AND OFFICER WALLACE
TO FUSS AT ME FOR WRITING HER UP AND THEY
WERE SAYING THAT I SHOULD JUST FIND A WAY
TO REPLACE MY PAPERS THE LIBRARY WORKERS LOST.
I WROTE J. STRAIN, SIMMONS, AND WALLACE UP
FOR THREATENING ME WITH BOGUS "DR'S." J. STRAIN
5-HH).   GOT CAPTAIN SCHWARTZ TO AGREE TO LOCK ME BACK UP.

ON 8-18-2015, AT ABOUT 9:10 AM, I WAS IN MY DORM/CELL (L4206L). OFFICERS ENTERED THE DORM, LOOKING FOR ME, CALLING MY NAME. I RESPONDED FROM UPSTAIRS TO STATE MY NAME. AN OFFICER STATED "JONES, GET DRESSED. ID CARD". I STATED "YES SIR" AND BEGAN TO PUT ON A UNIFORM TOP/BOTTOM, BY THIS TIME (SECONDS) SGT. G. HAGAN, AND A YOUNG BLACK MAN OFFICER, AND 4 TO 5 WHITE MALE OFFICERS APPEARED DIRECTLY IN FRONT OF MY DOOR. SGT HAGAN SAID "JONES, TURN AROUND, FACE THE TOILET AND PUT YOUR HANDS BEHIND YOUR BACK TO BE CUFFED". I STATED "SGT HAGAN, SIR, I HAVE A "FRONT CUFFS PASS," MY LEFT SHOULDER IS VERY MESSED UP." SGT HAGAN THEN SAID. "JONES, I'm ORDERING YOU TO TURN, FACE THE TOILET, PUT YOUR HANDS BEHIND YOUR BACK, NOW!" I REPEATED TO HIM AND TO ALL THE OTHER OFFICERS THAT I HAVE A "FRONT CUFF PASS," AND I WILL CUFF UP in front. SGT HAGAN THEN SAID "JONES, I DON'T KNOW WHAT'S IN THOSE PILLS YOU TAKE EVERY DAY, YOU CRAZY MOTHERFUCKER, BUT YOU ARE GONNA CUFF UP IN BACK, AND I DON'T GIVE A FUCK WHAT KINDA PASSES YOU GOT." I SLOWLY PUT MY HANDS TOGETHER IN FRONT OF ME, AND SLOWLY EXTENDED MY ARMS OUT IN FRONT TO BE CUFFED IN FRONT. HE THEN SAID "LET'S SEE WHAT MY BROTHER HAS TO SAY, TOUGH GUY." SGT HAGAN THEN GOT ON THE RADIO AND CALLED FOR "SECURITY TWO". SOMEONE ANSWERED AND SGT HAGAN SAID "I GOT A INMATE WHO IS REFUSING MY ORDERS TO CUFF UP." ABOUT 3 TO 5 MINUTES LATER HIS BROTHER, CAPTAIN SCHWARTZ, CAME UPSTAIRS WITH SOME MORE WHITE MEN. THE CAPTAIN SAID "DID MY STAFF TELL YOU TO CUFF UP?" I THEN TRIED TO EXPLAIN THAT I WASN'T "REFUSING", ITS JUST THAT DUE TO AN INJURY OF MY LEFT SHOULDER, I HAVE A "FRONT CUFFS "MEDICAL PASS." THE CAPTAIN DIDN'T LISTEN. HE SAID "JONES, TURN AROUND, CUFF UP". I AGAIN PLACED MY HANDS IN FRONT OF ME TO BE CUFFED. THE CAPTAIN SAID SOMETHING TO SGT HAGAN, AND SGT HAGAN SAID "BRO, THIS IS A PILL-LINE-RETARD". THE CAPTAIN THEN SAID "DO WHATEVER YOU NEED TO TO CUFF HIM, IN BACK!" SGT HAGAN SWUNG AT ME WITH HANDCUFFS IN HIS RIGHT HAND, AND TRIED TO HIT ME IN THE FACE. I DEFLECTED HIS BLOW AND HE SWUNG AGAIN. I BLOCKED THE PUNCH AGAIN, AND I SAID "OKAY, SARGE, YOU GOT THAT." SO, HE WALKED BEHIND ME AND I GAVE HIM MY HANDS BEHIND ME. HE CUFFED ME BEHIND MY BACK, AND I DIDN'T MOVE/RESIST. SGT HAGAN THEN PUT ME IN A CHOKE HOLD AND STARTED CHOKING ME, AS IF TO KILL ME. I IMMEDIATELY REGRETTED SUBMITTING TO THE CUFFS FOR HIM, AS HE WAS GENUINELY TRYING TO CHOKE ME TO DEATH. HE WAS YELLING AT ME, SAYING "YOU AIN'T NO FUCKING "Lawyer"— "LAWYERBOY/LB." YOU DONE FUCKED 'ROUND AND PISSED A REAL LAWYER OFF." I WAS LOSING CONSCIOUSNESS AND SGT HAGAN SAID "I GOT THIS MOTHERFUCKER— YALL JUST HOLD HIS FEET." I WAS THEN DROPPED ONTO THE CONCRETE FLOOR, AND SGT HAGAN CHOKED ME HARDER. I WAS BEING BENT BACKWARDS FROM MY NECK, DOWNWARD AND WHOEVER HAD MY LEGS WAS BENDING MY LEGS UP BEHIND, LIKE TO "HOGTIE" MY NECK TO MY ANKLES. I COULDN'T BREATHE.

5-II).

I WAS IN SEVERE PAIN. SARGE KEPT CHOKING ME. I WENT UNCONSCIOUS.
I DON'T KNOW HOW MUCH TIME PASSED BY, BUT I CAME TO AND WAS LAYING ON
MY STOMACH, AND SGT HAGAN SAID "OH, YOU'RE BACK WITH US, LAWYERBOY/LB".
HE STARTED PULLING MY UNDERWEAR UP INTO MY BUTT AND HE
HAD SOMETHING IN HIS HAND. HE STARTED PUSHING IT WILDLY, TO PUSH IT
IN MY RECTUM. I SQUIRMED/WIGGLED AND HE KEPT PUSHING IT,
TO GET IT INSIDE ME, AS OTHERS SQUISHED ME AND BENT MY WRISTS.
SGT HAGAN THEN STARTED BENDING MY FINGERS IN ALL DIRECTIONS. I FELT
AND HEARD BONES POPPING. I SCREAMED. SGT HAGAN GOT UP, CAME
AROUND ME TO THE FRONT. SOMEBODY ELSE SAT ON MY BACK, OTHERS KEPT
BENDING MY WRISTS/ANKLES/FEET IN PAINFUL DIRECTIONS. THE CAPTAIN CAME IN
AND STOOD IN FRONT OF ME, AND SGT HAGAN TURNED MY FACE TOWARDS
THE CAPTAIN AND PUSHED MY HEAD DOWN FLAT WITH HIS PALMS, AND
INVITED THE CAPTAIN TO KICK ME IN THE FACE. THE CAPTAIN SAID
"JONES, YOU SEE MY FEET?" I TRIED TO TALK, BUT THE WEIGHT OF PEOPLE
ON MY BODY WAS TOO GREAT. THE CAPTAIN SAID "THAT'S ENOUGH".
THEY ALL GOT OFF ME, EXCEPT SGT HAGAN AIMING MY FACE STILL
FOR THE CAPTAIN TO KICK ME. THE CAPTAIN SAID "JONES, LAWYERBOY, LB—
DO YOU SEE MY FEET?" I NODDED "YES." HE SAID "NEXT TIME ILL USE THEM
ON YOU." HE THEN TOLD THEM TO "STAND HIM UP". HE TOLD ME "TAKE SOME
DEEP BREATHS". HE THEN WHISPERED SOMETHING TO SGT HAGAN, AND
THEN SAID "A COUPLE OF YOU TAKE JONES TO CONFINEMENT." THEN,
SGT HAGAN SAID "OH, I'M GONNA WALK WITH LAWYERBOY/LB, WE
STILL GOT SOME SHIT TO TALK OVER AND GET PROPER RESPECT".
SO, SGT HAGAN AND ANOTHER WHITE MAN HELD ME UNDER MY ARMPITS
AND WALKED ME OUT THE DORM TO LOCK-UP. SGT HAGAN SAID "JONES,
DO YOU KNOW A LAWYER WHO WORKS FOR OUR PRISON OUT OF TALLAHASSEE?
I SAID "NO". HE SAID "WELL SHE KNOWS YOU, AND I'M HERE BECAUSE YOU
HAVE FILED SOME PAPERWORK AGAINST HER, AND I WANT IT STOPPED."
I THEN SAID "YOU MEAN MS. HAGAN, THE ATTORNEY GENERAL LAWYER"?
HE SAID "THAT WOULD BE HER". I SAID "DAMN". SGT HAGAN SAID "SHE MAY
BE SOME KIN TO ME. YOU SEE JONES, WE GOT A BIG BIG FAMILY UP HERE IN
THE PANHANDLE. THIS IS REDNECK/CRACKER/COUNTRY BOY/KKK TURF, AND
IF YOU THINK WE WON'T KILL YOU JONES, JUST TRY US." THEN SGT HAGAN
SAID "JONES, WHEN I GET YOU TO LOCK-UP, I'M GONNA TURN YOU OVER TO
ANOTHER ONE OF OUR BROTHERS, AND HE WILL FURTHER EXPLAIN STUFF TO YOU".
WE GOT TO LOCK-UP, THE NURSES WERE TOLD "DO THE MINIMUM". THEY DID.
OFFICER RICHARDSON CAME TO MY CELL AND SAID "JONES, DO YOU INTEND TO SIGN
THIS HERE FORM AGAINST MY BROTHER ABOUT USE OF FORCE?" I SAID "NO".
HE THEN STATED, "LAWYERBOY, WE WILL STARVE YOU TO DEATH, GET YOU GASSED—MACED,
WRITE BOGUS DR'S, TEAR UP ALL YOUR MAIL AND MORE, AND GET CLEAN AWAY WITH IT.
HE CAME BACK LATER AND SAID "LAWYERBOY, LOOK OUT YOUR WINDOW TONIGHT."
SOME TIME LATER, THERE WAS A "BAM" ON MY WINDOW, AND I SAW AN OFFICER FAST—
WALKING AWAY FAST. I LOOKED IN THE PARKING LOT. IT WAS 2 TRUCKS OVER THERE
AND 4 WHITE MEN POINTING GUNS. I DUCKED DOWN, I SAT ON THE FLOOR ALL NIGHT
I TOLD MS. HATFIELD ALL OF THIS ON WEDNESDAY 8-19-15. DURING THE "PREA" EXAMS,
· 5- JJ).

MS. HATFIELD DIDN'T REPORT THE "PREA" COMPLAINT
I TOLD ABOUT EVERYTHING LISTED ON PAGES "II" AND "JJ."
HATFIELD DID NOT REPORT IT, NOR DOCUMENT MY "PREA".
I TOLD NURSE DOUGLAS EVERYTHING TOO, FROM
PAGES "II" AND "JJ", AND SHE DID NOT REPORT
IT, NOR DOCUMENT MY "PREA" COMPLAINT PROPERLY.
MOREOVER, A MALE (FILIPINO NURSE, HIS NAME
STARTS WITH AN "A"), HE CALLED ME A LIAR, AND
SAID "OFFICERS DON'T DO THOSE THINGS". HE ACTED
LIKE A PROSECUTOR, TELLING ME THAT HE WANTED TO
KNOW "WHY" I WAS IN PRISON AND WHY WAS I
HARRASSING STAFF. HE REFUSED TO LOOK AT OR
DOCUMENT MY "PREA" INJURIES. HE SAID THAT
CAPTAIN SCHWARTZ HAD TOLD HIM ALL ABOUT
"LAWYERBOY" AND THAT "JOHNSON SAID YOU WERE
TROUBLE." NURSE SZALAI CAME TO EXAMINE ME
FOR "PREA", AND I SAID "YOU'RE THE LADY WHO
ALREADY CUT ME UP FOR NOTHING." SHE SAID, I'm
HERE FOR YOUR "PREA", NOW TELL ME WHAT
HAPPENED. I TOLD HER EVERYTHING LISTED ON
PAGES "II" AND "JJ", AND SHE STARTED YELLING
"THAT DIDN'T HAPPEN" "THAT DIDN'T HAPPEN". I ASKED
HER "HOW DO YOU KNOW, YOU WERE NOT THERE"? SHE
SAID "I KNOW SGT. HAGAN AND SCHWARTZ AND
THEY DON'T DO THAT, YOU'RE LYING". SHE THEN REFUSED
TO DOCUMENT MY "PREA" COMPLAINTS.
   BY THE WAY DURING THE "EXAM" WITH NURSE
DOUGLAS AND WITH SZALAI, CAPTAIN SCHWARTZ
AND HAGAN WAS LITERALLY "in the exam Room",
WHICH IS A VIOLATION OF "PREA", AS BOTH OF
THEM WERE MY "ATTACKERS". I WROTE TO LOCAL
INSPECTOR GENERAL, MARK RADFORD AT "JARCI"
HE DIDN'T NEVER COME INVESTIGATE. I ALSO WROTE
TO JEFFREY BEASLEY, CHIEF INSPECTOR GENERAL, AND
5-KK), HE NEVER WROTE BACK. I FILED GRIEVANCES ABOUT

J. STRAIN, SCHWARTZ, HAGAN (THE LAWYER); HAGAN THE SARGE,
AND ALL THE NURSES ABOUT THE BOTCHED EXAMS, AND
"PREA" VIOLATIONS, AND THEIR "CONSPIRACY" AGAINST ME.
I TOLD BEASLEY OF THE BOGUS "DR'S" SGT HAGAN AND
J. STRAIN FABRICATED ON ME, TO COVER-UP THE DENIAL
OF COURT/GRIEVANCE ACCESS AND TO COVER-UP THE
PHYSICAL/SEXUAL ATTACKS, ALL DONE WITH K. HAGAN'S "APPROVAL".
I REPORTED THAT I DEFECATED A PIECE OF METAL
FROM MY RECTUM AND I HEARD IT HIT THE METAL
TOILET, AND ITS STILL IN THE U-SHAPED PIPECHASE IN
THE TOILET. I REPORTED THAT TO RADFORD; THE
DOCTOR, THE NURSES, THE WARDEN AND TO THE
SECRETARY'S OFFICE, ALL TO NO AVAIL.
I REPORTED THAT MENTAL HEALTH STAFF, HATFIELD
AND MS. YOUNG, MADE ME TALK TO THEM ABOUT
MY "PREA" MATTERS "THROUGH THE CELL DOOR",
WITHIN HEARING OF EVERYBODY (60 OTHER PRISONERS)
ON THE WING. THEY DID THAT TO EMBARRASS, HUMILIATE
ME AND TRIVIALIZE/MINIMIZE MY "PREA" FACTS.
I WROTE HATFIELD/YOUNG UP TO THE WARDEN,
BEASLEY AND THE SECRETARY'S OFFICE FOR NOT
INTERVENING PER RULE 33-404, 108(1) TO HELP
ME AS "ADA" RULES TOO STATE, AS REGARDS
NO DISCIPLINARY ACTIONS ALLOWED TO BE TAKEN
AGAINST ME WITHOUT A PSYCHOLOGIST/PSYCHIATRISTS
INPUT CONCERNING MY MENTAL HEALTH FACTORS.
I WROTE TO THE FLORIDA BAR, TO REPORT ATTORNEY
KATHLEEN C. HAGAN. THE FLORIDA BAR REFERRED IT
TO THE CHAIRMAN OF THE GRIEVANCE COMMITTEE.
I NOTIFIED THE WARDEN, RADFORD, BEASLEY AND
THE SECRETARY OF D.O.C., AND ALL OF MY JUDGES
ON MY COURT CASES THAT KATHLEEN C. HAGAN
WAS RELEASED FROM HER JOB AT THE ATTORNEY
GENERAL'S OFFICE ON OCTOBER 1ST 2015. I NOTIFIED
5-LL), ALL THOSE OFFICIALS BY INMATE "REQUEST SLIPS" AND

THE COURTS BY "LEGAL MAIL".

I WROTE TO THE WARDEN, THE SECRETARY D.O.C., AND TO BEASLEY(WHILE AT "SRCI") NOTIFYING THEM THAT after SGT. HAGAN ATTACKED ME ON 8-18-15, HE WAS ALLOWED TO COME INTO MY DORM, AND MOCK ME AND THREATEN FURTHER HARM TO ME. THE CAMERAS SHOW SGT HAGAN ON 8-27-15, CAME TO J-DORM AND HE SAID "IT AINT OVER LAWYERBOY". HE ALSO SAID "I TOLD JOHNSON ABOUT YOUR LITTLE ACCIDENT". HE LAUGHED, THEN, HE TALKED TO A BLACK PRISONER UPSTAIRS AND THAT PRISONER SAID "DAMN HAGAN, LAST TIME I SEEN YOU, YOU WAS A CAPTAIN, YOU MUSTVE FUCKED UP BAD". HAGAN SAID "YEAH, I FUCKED UP, GOT IN TROUBLE, BAD." (I HAVE NOW BEEN PUT ON CLOSE MANAGEMENT "CM", WHICH IS 3 YEARS LOCKDOWN/SOLITARY, FOR THE BOGUS DISCIPLINARY REPORTS). OFFICER RICHARDSON WAS SENT TO GET A STATEMENT FROM ME, BUT HE CAME TO MY CELL AND SAID "LAWYERBOY, YOU REFUSED A STATEMENT". HE ALSO REFUSED MY FOOD TRAYS. REFUSED ME SHOWERS, REFUSED ME CLOTHING EXCHANGES. HE THREATENED ME ABOUT HAVING A FRIEND NAMED "ERNIE" WHO OWNED A "GATOR PIT", AND BOATS AND SAID HOW GATORS "LOVE EATING NIGGERS." HE TOLD ME HIS COUSIN GETS HIM AND "HIS (KKK) BROTHERS GREAT PRICE CUTS ON WEAPONS, BECAUSE HIS COUSIN WORKS AT "DEEP SOUTH GUNS AND AMMO" AND IS A HIGH-RANKING KKK-MEMBER. HE WAS SAYING HOW "INVINCIBLE" THEIR "BROTHERHOOD" IS AND HE TOLD ME THE BROTHERS "ACTIVATED" FOR JOHNSON AGAINST ME, FOR HARRIS AND SCHWARTZ, BECAUSE THEY ARE "FRIENDS" OF JOHNSON'S, FOR "BLACK ON BLACK" CRIMES.

I WROTE ALL THESE CONVERSATIONS UP TO THE WARDEN, BEASLEY, SECRETARYS OFFICE AND TO

5-mm). RADFORD AND NONE OF THEM EVER ANSWERED ME.

LASTLY, OFFICER MELANSON INTENTIONALLY DENIED ME OF MY "ADA" RIGHTS AND DENIED ME OPPORTUNITY TO DUE PROCESS IN THE "INVESTIGATION" OF THE 2 BOGUS "DR'S" HAGAN WROTE AND THE ONE J. STRAIN WROTE ON 8-18-15, MELANSON REFUSED ME TO PARTICIPATE IN THE INVESTIGATION, AND LIED IN THE PAPERWORK THAT I "REFUSED". IT'S "ON CAMERA" THAT SHE NEVER GAVE ME PAPERS TO FILL OUT WHEN HER STAFF TOOK THE PAPERS "ON CAMERA" FROM ME, I WROTE THIS UP TO THE WARDEN/SECRETARY, TO NO AVAIL. ALL "DR'S" I GOT IS IN COURTS. ALL THE NAMED AND UNNAMED PERSONS IDENTIFIED HEREIN CONSPIRED INTENTIONALLY, INTELLIGENTLY, WILLFULLY, WITH MALICE, UNDER COLOR OF STATE LAW, IN VIOLATION OF THE FEDERAL AND FLORIDA CONSTITUTIONS, AND IN VIOLATION OF "ADA", "PREA", "HIPAA" AND OTHER LAWS, TO DENY, DEPRIVE ME OF MY RIGHTS THEREUNDER, THEY CAUSED PAIN, SUFFERING, INJURY, HARM, SEXUAL ABUSE, PERMANENT DAMAGE, MENTAL ANGUISH, EMOTIONAL DISTRESS, HUMILIATION, EMBARRASSMENT TO MY MIND, BODY, SPIRIT, "BEING"; BASED UP ME BEING "BLACK" AND BASED UPON AN AGREED-UPON "CONSPIRACY" BETWEEN ALL THE NAMED/UNNAMED, "JOHN/JANE DOE PERSONS,

VII.   <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

APPOINT COUNSEL; ORDER/PERMIT "DISCOVERY"; ENTER ORDER

REQUIRING PROTECTION OF VIDEO/CAMERA FOOTAGES LISTED HEREIN;

ORDER A FULL TRIAL by JURY ON ALL ISSUES; AWARD DECLARATORY,

COMPENSATORY AND PUNITIVE DAMAGES/AWARDS; COMPEL DEFENDANTS

TO PROVIDE PROPER MEDICAL/MENTAL HEALTH SERVICES, INCLUDING

SURGERIES TO MY (1)ARM/SHOULDER; BOTH HANDS/WRISTS/FINGERS (MANGLED);

ORDER DEFENDANTS TO BE INJUNCTIONED FROM CAUSING FURTHER HARM

TO PETITIONER/PLAINTIFF. $200K PER DEFENDANT IN COMPENSATORY DAMAGES
AND TREBLE PUNITIVE DAMAGES PER DEFENDANT, PER EACH VIOLATION.
I SEEK THESE THINGS, AS WELL AS ALL OTHER RELIEF DEEMED PROPER,
ALSO "DECLARATORY" JUDGMENTS' ON THE VARIOUS ISSUES AND OTHER RELIEFS
NECESSARY AND PROPER AS A MATTER OF LAW/JUSTICE/RULE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _10th_ day of _JANUARY_, _2016_.

_GERRARD D'ANDRE JONES_

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _10th_ day of _JANUARY_, 20_16_.

To: CLERK OF COURT
MIDDLE DISTRICT
JACKSONVILLE DIVISION
300 N. HOGAN STREET
SUITE # 9-150
JACKSONVILLE, FLORIDA 32202-4271

_GERRARD D. JONES_